| | |
|---|---|
| 1 | KEVIN V. RYAN<br>United States Attorney |
| 2 | JAMES A. CODA<br>Assistant United States Attorney |
| 3 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-6967<br>Facsimile: (415) 436-6748 |
| 5 | E-Mail: james.coda@usdoj.gov |
| 6 | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General |
| 7 | Environment & Natural Resources Division<br>JEAN WILLIAMS, Chief |
| 8 | SETH M. BARSKY, Assistant Chief<br>REBECCA J. RILEY, Trial Attorney |
| 9 | IL Bar No. 6284356<br>U.S. Department of Justice |
| 10 | Environment & Natural Resources Division<br>Wildlife & Marine Resources Section |
| 11 | Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369 |
| 12 | Telephone: (202) 305-0202<br>Facsimile: (202) 305-0275 |
| 13 | Email: rebecca.riley@usdoj.gov |
| 14 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, et al., ) | Case No. 06-3604 MJJ |
| ) | |
| Plaintiffs, ) | **JOINT STIPULATION AND** |
| ) | **[PROPOSED] ORDER TO** |
| vs. ) | **EXTEND TIME TO FILE** |
| ) | **JOINT CASE MANAGEMENT** |
| UNITED STATES ENVIRONMENTAL ) | **STATEMENT** |
| PROTECTION AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties in this case respectfully request that this Court extend the deadline to file a joint case management statement by two days from September 5, 2006 to September 7, 2006. Due to scheduling conflicts, the parties have not been able to finalize the statement.

06-3604 MJJ, Joint Stipulation and [Proposed] Order
to Extend Time to File Joint Case Management Statement

Dated: September 5, 2006

                Respectfully submitted,

      /s/ Deborah A. Sivas (by RJR)
DEBORAH A. SIVAS (CA BAR NO. 135446)
Stanford Law School Environmental Law Clinic
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-8571
Facsimile: (650) 723-4426

KEVIN V. RYAN
United States Attorney
JAMES A. CODA
Assistant United States Attorney

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief

      /s/ Rebecca J. Riley
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 9/5/2006                                           /s/ Martin J. Jenkins
                                                   UNITED STATE DISTRICT JUDGE