Deborah A. Sivas (Calif. Bar No. 135446)
Holly D. Gordon (Calif. Bar. No. 226888)
Craig H. Segall (Certified Law Student)
Samuel Woodworth (Certified Law Student)
STANFORD LAW SCHOOL
  ENVIRONMENTAL LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Neil Levine (Calif. Bar No. 163557)
LAW OFFICES
1400 Glenarm Place, Suite 300
Denver, Colorado 80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No. C06-3604 MJJ<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to the agreement of the parties' during the November 8, 2006 status conference with the Court, the parties hereby stipulate to the filing of the attached First Amended Complaint

STIPULATION TO FILE FIRST AMENDED COMPLAINT
AND [         ] ORDER – Case No. C06-3604 MJJ                                                                - 1 -

for Declaratory Judgment and Injunctive Relief. By agreement of the parties, Defendants' responsive pleading to the First Amended Complaint will be due by no later than December 30, 2006.

        Respectfully submitted,

Dated: November 10, 2006      STANFORD LAW SCHOOL
                                           ENVIRONMENTAL LAW CLINIC

                                           By: /s/ Deborah A. Sivas
                                                DEBORAH A. SIVAS

                                          Attorneys for Plaintiffs

Dated: November 10, 2006      EDWARD PASSARELLI, Assistant Chief
                                           CAROL L. DRAPER, Trial Attorney

                                           By: /s/ Carol L. Draper
                                                CAROL L. DRAPER

                                          Attorneys for Defendants

Dated: November 15, 2006      MORRISON & FOERSTER LLP

                                           By: /s/ Andrew B. Sabey
                                                ANDREW B. SABEY

                                          Attorneys for Defendant-Intervenors CP SUNRIDGE, LLC; DANVILLE LAND INVESTMENTS, LLC; DOUGLAS ROAD 103 INVESTORS, LLC; GRANTLINE INVESTORS, LLC; and CRESLEIGH HOMES

Dated: November 13, 2006      SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

                                           By: /s/ Robert J. Uram
                                                ROBERT J URAM

|   |   |
|---|---|
| 1 | Attorneys for Defendant-Intervenor SUNRIDGE-ANATOLIA, LLC |

I, Deborah A. Sivas, pursuant to ECF Rule 45X, attest that Carol L. Draper, Andrew B. Sabey, and Robert J. Uram concurred in and authorized the filing of his document with this Court.

/s/ Deborah A. Sivas

# [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, Plaintiffs' request for leave to file the attached First Amended Complaint for Declaratory Judgment and Injunctive Relief is hereby GRANTED. Defendants will have until December 30, 2006 to answer or otherwise respond to the amended complaint

SO ORDERED.

Dated: 11/27/2006

HON. MARTIN J. JENKINS
United States District Court