Andrew B. Sabey (CSBN 160416)
Cox, Castle & Nicholson LLP
555 Montgomery St., 15th Fl.
San Francisco, CA 94111-2585
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

California Native Plant Society, et al.

CASE NUMBER: C06-03604 MJJ

v.

Plaintiff(s)

United States Environmental Protection Agency, et al.

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

Cresleigh Homes
*Name of Party*

[ ] Plaintiff  [ ] Defendant  [X] Other Defendant-Intervenors

hereby substitutes Cox, Castle & Nicholson LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   555 Montgomery St., 15th Fl.
*Street Address*

San Francisco, CA 94111-2585      (415) 392-4200      (415) 392-4250      160416
*City, State, Zip Code*              *Telephone Number*     *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Morrison & Foerster LLP
*Present Attorney*

Dated: January ___, 2007

*Signature of Party*
Cresleigh Homes

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 11, 2007

*Signature of Present Attorney*
Morrison & Foerster LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 11, 2007

*Signature of New Attorney*
Cox, Castle & Nicholson LLP

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: February 12, 2007

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

G-01 (08/02)                    SUBSTITUTION OF ATTORNEY
                                                                                              G01