Andrew B. Sabey (CSBN 160416)
Cox, Castle & Nicholson LLP
555 Montgomery St., 15th Fl.
San Francisco, CA 94111-2585
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

**UNITED STATES DISTRICT COURT**
Northern **DISTRICT OF CALIFORNIA**

California Native Plant Society, et al.

Plaintiff(s)

v.

United States Environmental Protection Agency, et al.

Defendant(s)

CASE NUMBER: C06-03604 MJJ

**SUBSTITUTION OF ATTORNEY**

Danville Land Investments, LLC (*Name of Party*) [ ] Plaintiff [ ] Defendant [x] Other Defendant-Intervenors

hereby substitutes Cox, Castle & Nicholson LLP who is

[x] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per 555 Montgomery St., 15th Fl. (*Street Address*)

San Francisco, CA 94111-2585 (*City, State, Zip Code*) (415) 392-4200 (*Telephone Number*) (415) 392-4250 (*Facsimile Number*) 160416 (*State Bar Number*)

as attorney of record in the place and stead of Morrison & Foerster LLP (*Present Attorney*)

Dated: January , 2007

*Signature of Party*
Danville Land Investments, LLC

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 11, 2007

*Signature of Present Attorney*
Morrison & Foerster LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 11, 2007

*Signature of New Attorney*
Andrew B. Sabey, Cox, Castle & Nicholson LLP

**Substitution of Attorney is hereby** [ ] **Approved.** [ ] **Denied.**

Dated: February 12, 2007

Martin J. Jenkins
**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov.**