Deborah A. Sivas (Calif. Bar No. 135446)
STANFORD LAW SCHOOL
  ENVIRONMENTAL LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 725-8571
Facsimile: (650) 723-4426

Neil Levine (Calif. Bar No. 163557)
LAW OFFICES
2539 Eliot Street
Denver, Colorado 80211
Telephone: (303) 455-0604
Facsimile: (303) 484-8470

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendants.<br><br>SUNRIDGE-ANATOLIA, LLC, et al.,<br><br>    Defendant-Intervenors. | Case No. C 06-03604 MJJ<br><br>**JOINT STIPULATION IN RESPONSE TO JULY 10, 2007 ORDER**<br><br>The Hon. Martin J. Jenkins<br><br>[First Amended Complaint Filed: November 15, 2006] |

Pursuant to the Court's July 10, 2007 Findings of Fact and Conclusions of Law in Support of Order Granting Plaintiffs' Motion for Preliminary Injunction ("July 10 Order"), the parties have met and conferred regarding the status of the environmental assessments and other decision documents for the Douglas Road 103 and Arista del Sol projects.

All parties have agreed to lodge this Stipulation with the Court. Plaintiffs and Intervenor Defendants have agreed to entry of the Stipulation as an Order. Federal Defendants oppose the request to enter this Stipulation as a Court Order as unnecessary because the U.S. Army Corps of Engineers is suspending the Douglas Road 103 permit and has agreed to notice provisions for the Arista del Sol project.

The parties agree to the following with regard to the Douglas Road 103 and the Arista del Sol projects:

1. <u>Douglas Road 103.</u> On June 12, 2007, the U.S. Army Corps of Engineers issued a "dredge and fill" permit for the Douglas Road 103 project pursuant to Section 404 of the Clean Water Act (Permit 199700006), as well as an Environmental Assessment and Finding of No Significant Impact pursuant to the National Environmental Policy Act ("NEPA"). The Section 404 permit for the Douglas Road 103 project shall be subject to the following:

   a. The force and effect of the Section 404(b) permit for the Douglas Road 103 project is suspended pending resolution of this matter on the merits.

   b. Any further construction, groundbreaking, earthmoving, or other on-the-ground activity that may affect vernal pool habitat or endangered or threatened species, taken in reliance on the Section 404(b) permit for the Douglas Road 103 project, is hereby prohibited pending resolution of the merits of this case. The Federal Defendants will notify the holder of the Section 404(b) permit for the Douglas Road 103 project within forty-eight (48) hours of the lodging of this Stipulation and will direct the permittee immediately to cease and desist all construction, groundbreaking, earthmoving, or other on-the-ground activity in reliance on such permit.

1       2.    <u>Arista del Sol</u>.  The Section 404 permit for the Arista del Sol project has not yet been issued, nor has environmental review been completed for this project pursuant to NEPA.  With respect to the Arista del Sol permit, the parties agree as follows:

      a.    The Corps will provide a copy of the combined decision document, which includes the Environmental Assessment, Finding of No Significant Impact, and Statement of Findings for the project, either by written facsimile or electronic mail, to Plaintiffs' counsel within twenty-four (24) hours after the combined decision document is signed.

      b.    The Corps will provide a copy of any Section 404 permit for the project, as well as any modifications to the combined decision document, either by written facsimile or electronic mail, to Plaintiffs' counsel within twenty-four (24) hours after the permit is signed.

      c.    At least sixty (60) days in advance of any construction, groundbreaking, earthmoving, or other on-the-ground activity that may affect vernal pool habitat or endangered or threatened species at the Arista del Sol project site taken in reliance on the Section 404 permit, Arista del Sol will provide written facsimile or electronic mail notice to Plaintiffs' counsel.

Dated:  July 16, 2007

STANFORD LAW SCHOOL ENVIRONMENTAL LAW CLINIC

By    /s/ *Deborah A. Sivas*
          DEBORAH A. SIVAS

Attorneys for Plaintiffs

Dated: July 16, 2007

UNITED STATES DEPARTMENT OF JUSTICE

By  /s/ *Carol L. Draper*
         CAROL L. DRAPER

Attorneys for Defendants

Dated: July 16, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Robert J. Uram*
         ROBERT J. URAM

Attorneys for Defendant-Intervenors
ARISTA DEL SOL, L.P. and SUNRIDGE-
ANATOLIA, LLC

Dated: July 16, 2007

COX CASTLE & NICHOLSON LLP

By  /s/ *Scott Birkey*
         SCOTT BIRKEY

Attorneys for Defendant-Intervenors
CP SUNRIDGE, LLC, DANVILLE LAND
INVESTMENTS, LLC, DOUGLAS GRANTLINE
103 INVESTORS, LLC, GRANTLINE
INVESTORS, LLC, and CRESLEIGH HOMES

Pursuant to ECF General Order 45X, I attest that Carol L. Draper, Robert J. Uram, and Scott Birkey have concurred in and authorized the filing of this Stipulation with this Court.

 /s/ *Deborah A. Sivas*
Deborah A. Sivas
Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | **It is so ORDERED.** |
| 2 |   |
| 3 |   |
| 4 | Date: __8/2/07____  _____ |
| 5 | MARTIN J. JENKINS<br>UNITED STATES DISTRICT JUDGE |