COX, CASTLE & NICHOLSON LLP
R. CLARK MORRISON Cal. Bar No. 130208
ANDREW B. SABEY Cal. Bar No. 160416
SCOTT B. BIRKEY Cal. Bar No. 209981
555 California Street, 10th Floor
San Francisco, CA 94104
Telephone:   415-392-4200
Facsimile:    415-392-4250

Attorneys for Defendant-Intervenors
CP SUNRIDGE, LLC,
DANVILLE LAND INVESTMENTS, LLC,
DOUGLAS GRANTLINE 103 INVESTORS, LLC,
GRANTLINE INVESTORS, LLC,
AND CRESLEIGH HOMES

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
CRAIG A. PINEDO, Cal. Bar No. 191337
AARON J. FOXWORTHY, Cal. Bar No. 221503
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947
ruram@sheppardmullin.com

Attorneys for Defendant-Intervenors
SUNRIDGE-ANATOLIA, LLC
ARISTA DEL SOL, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. FISH AND WILDLIFE SERVICE, and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 06-3604-MJJ<br><br>ORDER FOLLOWING JULY 24, 2007 CASE MANAGEMENT CONFERENCE |

55425\105351v4

Having held a further Case Management Conference on June 24, 2007, in which all parties were represented by counsel, the Court enters the following case management order:

1. The Court will amend, the July 10, 2007 Order ("Order") in response to Defendants' objections to exclude the Montelena, North Douglas, and Sunridge Park projects from the preliminary injunction because Plaintiffs' Amended Motion for Preliminary Injunction did not seek interim emergency relief with respect to these projects.

2. The Court will review the stipulation submitted by the parties with respect to the Douglas Road 103 and Arista del Sol projects and determine whether to grant Plaintiffs' and Defendant-Intervenors' joint motion to enter the stipulation as a court order.

3. The parties shall further meet and confer concerning the activities covered by the injunction granted in the Court's July 10, 2007 Order. If a dispute concerning the injunction arises, Plaintiffs may file a motion (or motions) to enforce non-compliance with the Court's July 10, 2007 Order.

4. The parties shall brief the issue of jurisdictional discovery with respect to the first cause of action in the First Amended Complaint on the following schedule:

| | |
|---|---|
| Plaintiffs' Opening Brief | July 31, 2007 |
| Defendants' Opposition Brief | August 10, 2007 |
| Plaintiffs' Reply Brief | August 21, 2007 |
| Hearing | August 29, 2007 at 10:00 a.m. |

The filing of this motion does not prejudice Plaintiffs' right to request additional discovery from the Court with respect to either the merits and relief. All Defendant-Intevenors shall file a single, joint brief.

5. The Court will conduct a further Case Management Conference in this matter on August 29, 2007 at 10:00 a.m. Prior to that conference, the parties shall further meet and confer with regard to claims and issues and case scheduling or potential remand of the second and

55425\105351v4

fourth causes of action in the First Amended Complaint and shall advise the Court as to the outcome of those discussions in the joint Case Management Conference Statement to be filed August 24, 2007 (5 days before the CMC).

SO STIPULATED.

DATED: August 15, 2007

/s/ Deborah A. Sivas
Deborah A. Sivas
STANFORD ENVIRONMENTAL LAW CLINIC

Attorneys for Plaintiffs

/s/ Robert J. Uram
ROBERT J. URAM
SHEPPARD, MULLIN, RICHTER & HAMPTON

Attorneys for Defendant-Intervenors
ARISTA DEL SOL, L.P. and SUNRIDGE-ANATOLIA, LLC

/s/ Scott Birkey
SCOTT BIRKEY
COX CASTLE & NICHOLSON LLP

Attorneys for Defendant-Intervenors
CP SUNRIDGE, LLC, DANVILLE LAND INVESTMENTS, LLC, DOUGLAS GRANTLINE 103 INVESTORS, LLC, GRANTLINE INVESTORS, LLC, and CRESLEIGH HOMES

/s/ Carol L. Draper
CAROL L. DRAPER
UNITED STATES DEPARTMENT OF JUSTICE

Attorneys for Federal Defendants

55425\105351v4

Pursuant to ECF General Order 45X, I attest that Carol L. Draper, Robert J. Uram, and Deborah A. Sivas have concurred in and authorized the filing of this document with this Court.

/s/ *Scott Birkey*
Scott Birkey

SO ORDERED.

Dated: 8/17/2007

Hon. Martin J. Jenkins
United States District Court

55425\105351v4