1  Deborah A. Sivas (Calif. Bar No. 135446)
   Leah J. Russin (Calif. Bar No. 225366)
2  Environmental Law Clinic                              **CHAMBERS COPY**
   MILLS LEGAL CLINIC
3    OF STANFORD LAW SCHOOL
   Stanford Law School
4  Crown Quadrangle
   559 Nathan Abbott Way
5  Stanford, California 94305
   Telephone: (650) 723-0325
6  Facsimile: (650) 723-4426

7
   Neil Levine (Calif. Bar No. 163557)
8  LAW OFFICES
   2539 Eliot Street
9  Denver, Colorado 80211
   Tel. 303-455-0604
10 Fax. 303-484-8470

11 Attorneys for Plaintiffs

12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 CALIFORNIA NATIVE PLANT           )   Case No. C06-3604 MJJ
   SOCIETY, DEFENDERS OF WILDLIFE,   )
17 and BUTTE ENVIRONMENTAL           )   **STIPULATION TO FILE SECOND**
   COUNCIL,                          )   **AMENDED COMPLAINT AND**
18                                   )   **[PROPOSED] ORDER**
            Plaintiffs,              )
19                                   )
        v.                           )
20                                   )
   UNITED STATES ENVIRONMENTAL       )
21 PROTECTION AGENCY, UNITED         )
   STATES FISH AND WILDLIFE          )
22 SERVICE, and UNITED STATES ARMY   )
   CORPS OF ENGINEERS,               )
23                                   )
            Defendants.              )
24                                   )
   and INTERVENORS                   )
25 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

26

27        Pursuant to the agreement of the parties, the parties hereby stipulate to the filing of the

28 attached Second Amended Complaint for Declaratory Judgment and Injunctive Relief. By

STIPULATION TO FILE SECOND AMENDED COMPLAINT
AND [PROPOSED] ORDER – Case No. C06-3604 MJJ

1   agreement of the parties, Defendants' responsive pleading to the Second Amended Complaint
2   will be due by no later than November 1, 2007.

3                                    Respectfully submitted,

4   Dated: September 21, 2007         Environmental Law Clinic
                                      MILLS LEGAL CLINIC
5                                       OF STANFORD LAW SCHOOL

6

7                                     By: /s/ Deborah A. Sivas
                                          DEBORAH A. SIVAS
8
                                      Attorneys for Plaintiffs
9

10  Dated: September 21, 2007         EDWARD PASSARELLI, Assistant Chief
                                      CAROL L. DRAPER, Trial Attorney
11

12                                    By: /s/ Carol L. Draper
                                          CAROL L. DRAPER
13
                                      Attorneys for Defendants
14

15  Dated: September 21, 2007         COX, CASTLE, AND NICHOLSON, LLP
16

17                                    By: /s/ Andrew B. Sabey
                                          ANDREW B. SABEY
18

19                                    Attorneys for Defendant-Intervenors CP
                                      SUNRIDGE, LLC; DANVILLE LAND
20                                    INVESTMENTS, LLC; DOUGLAS ROAD 103
21                                    INVESTORS, LLC; GRANTLINE INVESTORS,
                                      LLC; and CRESLEIGH HOMES
22

23
    Dated: September 21, 2007         SHEPPARD, MULLIN, RICHTER & HAMPTON,
24                                    LLP

25

26                                    By: /s/ Robert J. Uram
                                          ROBERT J URAM
27

28                                    Attorneys for Defendant-Intervenor SUNRIDGE-
                                      ANATOLIA, LLC and ARISTA DEL SOL

STIPULATION TO FILE SECOND AMENDED COMPLAINT
AND [PROPOSED] ORDER – Case No. C06-3604 MJJ

1  I, Deborah A. Sivas, pursuant to ECF Rule 45X, attest that Carol L. Draper, Andrew B. Sabey,
2  and Robert J. Uram concurred in and authorized the filing of his document with this Court.

3                          /s/ Deborah A. Sivas

### [~~PROPOS~~ED] ORDER

Pursuant to stipulation of the parties, Plaintiffs' request for leave to file the attached Second Amended Complaint for Declaratory Judgment and Injunctive Relief is hereby GRANTED.

IT IS ORDERED that the Second Amended Complaint shall be filed by the Clerk.

IT IS FURTHER ORDERED that Defendants will have until ~~October 12,~~ November 1, 2007 to answer or otherwise respond to the Second Amended Complaint

SO ORDERED.

Dated: 9/24/07

_____
HON. MARTIN J. JENKINS
United States District Court

STIPULATION TO FILE SECOND AMENDED COMPLAINT
AND [PROPOSED] ORDER – Case No. C06-3604 MJJ