SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275
Email: rebecca.riley@usdoj.gov

CAROL L. DRAPER
Trial Attorney, PA Bar No.39388
Environment and Natural Resource Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: 202-305-0465
Facsimile:    202-305-0506
E-mail:  carol.draper@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants,<br><br>SUNRIDGE-ANATOLIA LLC, et al.,<br><br>Defendant- Intervenors. | Case No. 06-3604 MJJ<br><br>**JOINT STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES** |

Pursuant to Local Rule 6-1(a)., the parties hereby enter into this joint stipulation extending the deadline for Federal Defendants to respond to Plaintiffs' discovery requests and provide logs for any information withheld as privileged. The Federal Defendants' responses to Plaintiffs' discovery requests are currently due on October 26, 2007. The deadline to respond to Plaintiffs' discovery will be extended to November 13, 2007, and the deadline to submit privilege logs for any information withheld as privileged will be extended to December 13, 2007. Plaintiffs do not oppose these extensions. Defendants have further agreed to wait at least 30 days after discovery responses are served on the Plaintiffs before filing dispositive motions on Count I. Deferring the deadlines as stipulated will not alter or delay any existing deadline or event fixed by Court order.

1  Dated: October 5, 2007

2                                              Respectfully submitted,

3                                              STANFORD LAW SCHOOL
                                               ENVIRONMENTAL LAW CLINIC
4
                                               By   /s/ Deborah A. Sivas
5                                                      Deborah A. Sivas
                                               Attorneys for Plaintiffs
6
                                               UNITED STATES DEPARTMENT OF JUSTICE
7                                              ENVIRONMENT AND NATURAL
                                               RESOURCE DIVISION
8
                                               By     /s/ Carol L. Draper
9                                                      Carol L. Draper
                                               Attorneys for Federal Defendants
10
                                               SHEPPARD, MULLIN, RICHTER
11                                             & HAMPTON L.L.P.

12                                             By   /s/ Craig Pinedo
                                                      Craig Pinedo
13                                             Attorneys for Defendant-Intervenors
                                               Arista Del Sol, O.P. and Sunridge-Anatolia, L.L.C.
14

15                                             COX, CASTLE & NICHOLSON, L.L.P.

16
                                               By   /s/ Andrew Sabey
17                                                     Andrew Sabey
                                               Attorneys for Defendant-Intervenors
18                                             CP Sunridge, L.L.C., Danville Land Investments,
                                               L.L.C., Douglas Grantline 103 Investors, L.L.C.
19                                             Grantline Investors, L.L.C., and Cresleigh Homes

**IT IS SO ORDERED**
*Martin J. Jenkins*
Judge Martin J. Jenkins
10/11/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Federal Defendants' Joint Stipulation for Extension of Time                    06-CV-3604 (MJJ)