1   Deborah A. Sivas (Calif. Bar No. 135446)
    Leah J. Russin (Calif. Bar No. 225366)
2   Environmental Law Clinic
    MILLS LEGAL CLINIC
3     OF STANFORD LAW SCHOOL
    Stanford Law School
4   Crown Quadrangle
    559 Nathan Abbott Way
5   Stanford, California  94305
    Telephone:  (650) 723-0325
6   Facsimile:  (650) 723-4426

7
    Neil Levine (Calif. Bar No. 163557)
8   LAW OFFICES
    2539 Eliot Street
9   Denver, Colorado 80211
    Tel. 303-455-0604
10  Fax. 303-484-8470

11  Attorneys for Plaintiffs

12

13                  IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  CALIFORNIA NATIVE PLANT          )    Case No. C06-3604 MJJ
    SOCIETY, DEFENDERS OF WILDLIFE,  )
17  and BUTTE ENVIRONMENTAL          )    **STIPULATION TO FILE THIRD**
    COUNCIL,                         )    **AMENDED COMPLAINT AND**
18                                   )    ~~[PROPOSED]~~ **ORDER**
              Plaintiffs,            )
19                                   )
         v.                          )
20                                   )
    UNITED STATES ENVIRONMENTAL      )
21  PROTECTION AGENCY, UNITED        )
    STATES FISH AND WILDLIFE         )
22  SERVICE, and UNITED STATES ARMY  )
    CORPS OF ENGINEERS,              )
23                                   )
              Defendants.            )
24                                   )
    and INTERVENORS                  )
25

26       Pursuant to the agreement of the parties, the parties hereby stipulate to the filing of the

27  attached Third Amended Complaint for Declaratory Judgment and Injunctive Relief.  By

28  agreement of the parties, Federal Defendants' responsive pleading to the Third Amended

Complaint, if required, will be due ten Court days after filing.  The Defendant-Intervenors are not affected by the amendments to the complaint.

Respectfully submitted,

Dated: November 26, 2007

Environmental Law Clinic
MILLS LEGAL CLINIC
  OF STANFORD LAW SCHOOL


By:  /s/ Deborah A. Sivas
        DEBORAH A. SIVAS

Attorneys for Plaintiffs

Dated:  November 26, 2007

EDWARD PASSARELLI, Assistant Chief
CAROL L. DRAPER, Trial Attorney


By:  /s/ Carol L. Draper
        CAROL L. DRAPER

Attorneys for Defendants

Dated:  November 26, 2007

COX, CASTLE, AND NICHOLSON, LLP


By:  /s/ Andrew B. Sabey
        ANDREW B. SABEY

Attorneys for Defendant-Intervenors CP SUNRIDGE, LLC; DANVILLE LAND INVESTMENTS, LLC; DOUGLAS ROAD 103 INVESTORS, LLC; GRANTLINE INVESTORS, LLC; and CRESLEIGH HOMES

Dated:  November 26, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP


By:  /s/ Robert J. Uram
        ROBERT J URAM

Attorneys for Defendant-Intervenor SUNRIDGE-ANATOLIA, LLC and ARISTA DEL SOL

STIPULATION TO FILE THIRD AMENDED COMPLAINT
AND [PROPOSED] ORDER – Case No. C06-3604 MJJ

1 I, Deborah A. Sivas, pursuant to ECF Rule 45X, attest that Carol L. Draper, Andrew B. Sabey,

2 and Robert J. Uram concurred in and authorized the filing of his document with this Court.

3

4                                        /s/ Deborah A. Sivas

5

6                                  [PROPOSED] ORDER

7

8          Pursuant to stipulation of the parties, Plaintiffs' request for leave to file the attached Third

9 Amended Complaint for Declaratory Judgment and Injunctive Relief is hereby GRANTED.

10         IT IS ORDERED that the Third Amended Complaint shall be filed by the Clerk.

11         IT IS FURTHER ORDERED that Federal Defendants will have ten Court days after the

12 filing of the Third Amended Complaint to answer or otherwise respond, and that no new or

13 amended answers are required from the Defendant-Intervenors as a result of the Third Amended

14 Complaint.

15         SO ORDERED.

16

17 Dated: _____11/27/07_____                        _____

18                             HON. MARTIN J. JENKINS
                                                   United States District Court
19

20

21

22

23

24

25

26

27

28