IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, et al., )<br>)<br>Plaintiffs,            )<br>)<br>v.                           )<br>)<br>)<br>UNITED STATES ENVIRONMENTAL   )<br>PROTECTION AGENCY,  et al.,   )<br>)<br>Defendants.         )<br>_____) | Case No. 06-3604 MJJ<br><br>**SCHEDULING ORDER** |

Pursuant to the Status Conference held on October 24, 2007, the Court establishes the following deadlines and procedures:

1.      Answers to Plaintiffs' Second Amended Complaint will be filed on or before November 1, 2007.

2.      Responses to Plaintiffs' jurisdictional discovery will be served on or before November 13, 2007.

3.      Privilege logs covering documents relevant to Plaintiffs' jurisdictional discovery will be served on or before December 13, 2007.

4.      During the month of December, 2007, the parties will meet and confer on any unresolved objections to Plaintiffs' jurisdictional discovery.  Before filing any motion with the Court on unresolved objections, the parties will submit the unresolved issues to the Court in letter briefs, not to exceed five pages.

5.      If unresolved discovery issues remain after the Court rules on the parties' letter briefs, Plaintiffs will file a motion to compel on or before January 18, 2008.  Defendants will file opposition briefs on or before January 30, 2008, and Plaintiffs will file their reply brief on or

before February 6, 2008.

6.     Federal Defendants will file the Administrative Records for the Clean Water Act Section 404 permits and the Endangered Species Act biological opinions that Plaintiffs challenge in this action within 90 days of the October 24, 2007 status conference, i.e. on or before January 24, 2008.

7 .     The Court will hold a status conference on February 19, 2008 at 2:00 p.m., and the parties will file a Joint Status Report not less than three days before the conference.

8.     Fact discovery will conclude on March 28, 2008.

9.     Federal Defendants will produce and file with the Court any supplemental decision documents in support of the Section 404 permits and accompanying administrative records on or before March 28, 2008.

10.     The Court will hear argument on cross motions for summary judgment at 10:00 a.m. on May 21, 2008.  The parties shall either agree to a briefing schedule, e.g., staggered briefing as discussed at the Status Conference, a simultaneous exchange of cross motions for summary judgment, support and opposing briefs (without the option of filing reply briefs), or shall brief in compliance with FRCP and the Local Rules such that the last reply brief is submitted no less than two weeks prior to the hearing.

SO ORDERED.

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

