1  SCOTT N. SCHOOLS
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 436-7180
   Facsimile: (415) 436-6748
5  Email: charles.oconnor@usdoj.gov

6  RONALD J. TENPAS
   Assistant Attorney General
7  Environment & Natural Resources Division
   JEAN WILLIAMS, Chief
8  SETH M. BARSKY, Assistant Chief
   REBECCA J. RILEY, Trial Attorney
9  U.S. Department of Justice
   Environment & Natural Resources Division
10 Wildlife & Marine Resources Section
   Ben Franklin Station, P.O. Box 7369
11 Washington, D.C. 20044-7369
   Telephone: (202) 305-0202
12 Facsimile: (202) 305-0275
   Email: rebecca.riley@usdoj.gov
13
   EDWARD PASSARELLI, Assistant Chief
14 CAROL L. DRAPER
   Trial Attorney, PA Bar No.39388
15 Environment and Natural Resource Division
   Natural Resources Section
16 P.O. Box 663, Ben Franklin Station
   Washington, D.C. 20044-0663
17 Telephone: 202-305-0465
   Facsimile:  202-305-0506
18 E-mail: carol.draper@usdoj.gov

19 Attorneys for Defendants

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | San Francisco Division |

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendants, <br><br> SUNRIDGE-ANATOLIA LLC, et al., <br><br> Defendant- Intervenors. | Case No. 06-3604 MJJ <br><br> **JOINT STIPULATION FOR EXTENSION OF DEADLINE TO NEGOTIATE DISCOVERY DISPUTES AND FILE LETTER BRIEFS WITH THE COURT** |

Plaintiffs and the Federal Defendants hereby enter into this joint stipulation requesting that the Court extend the deadline for the parties to negotiate discovery disputes and file letter briefs with the Court. Counsel for the Defendant-Intervenors take no position on this joint stipulation. The current deadline for negotiations and letter briefs is December 31st. Counsel for the Plaintiffs have not yet provided their discovery objections to the Federal Defendants due to other obligations. Counsel for Plaintiffs and the Federal Defendants and key personnel in the client agencies will be out for much of the rest of the month due to the holidays. Accordingly, Plaintiffs and the Federal Defendants request a three-week extension, to January 22, 2008, to conduct negotiations and file letter briefs with the Court. The parties also request that the Court move the briefing schedule for any motion to compel by three weeks to account for the new deadline for letter briefs. The new briefing schedule for the motion to compel would be as follows:

//

1    Plaintiffs' Motion to Compel: Feburary 8, 2008

2    Defendants' Opposition: February 20, 2008

3    Plaintiffs' Reply: February 27, 2008

5  Dated: December 17, 2007

6                                    Respectfully submitted,

8                                    /s/ Neil Levine     (by RJR)
                                     Neil Levine
9                                    Law Offices
                                     2539 Eliot Street
10                                   Denver, Colorado 80211
                                     Tel. 303-455-0604
11                                   Fax. 303-484-8470

12                                   Attorney for Plaintiffs

14                                   /s/ Rebecca J. Riley
                                     Rebecca J. Riley
                                     U.S. Department of Justice
15                                   Environment & Natural Resources Division
                                     Wildlife & Marine Resources Section
16                                   Ben Franklin Station, P.O. Box 7369
                                     Washington, D.C. 20044-7369
17                                   Telephone: (202) 305-0202
                                     Facsimile: (202) 305-0275
18
                                     Attorney for Federal Defendants

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: this  21st  day of  December  2007.

                                     *IT IS SO ORDERED*
                                     [Signature]
                                     Judge Martin J. Jenkins

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                        /s/ Rebecca J. Riley
                                        Rebecca J. Riley