IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants,<br><br>SUNRIDGE-ANATOLIA LLC, et al.,<br><br>Defendant- Intervenors. | Case No. 06-3604 MJJ<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINE TO FILE ADMINISTRATIVE RECORDS FOR SECTION 404 PERMITS**<br><br>AND ORDER |

The Parties hereby enter into this joint stipulation requesting that the Court extend the deadline for the Federal Defendants to file the Administrative Records for the Section 404 Permits. Pursuant to the Court's Order dated October 24, 2007, the Administrative Records for the Section 404 Permits and the Biological Opinions are due on January 24, 2008. Federal Defendants have encountered delays and technical difficulties in indexing and preparing the Section 404 Administrative Records for scanning and filing and seek a four-day extension until January 29, 2008 to allow them to complete the process of converting paper documents to electronic form. Federal Defendants do not seek to extend the filing date for the Administrative Records on the Biological Opinions.

Dated: January 23, 2008

|  |  |  |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: _____ | STANFORD LAW SCHOOL |
| 3 | | ENVIRONMENTAL LAW CLINIC |

Respectfully submitted,

Dated: _____

STANFORD LAW SCHOOL
ENVIRONMENTAL LAW CLINIC

By   /s/ Leah Russin
      Leah Russin
Attorneys for Plaintiffs

Dated: _____

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL
RESOURCE DIVISION

By   /s/ Carol L. Draper
      Carol L. Draper
Attorneys for Federal Defendants

Dated: _____

SHEPPARD, MULLIN, RICHTER
& HAMPTON L.L.P.

By   /s/ Craig Pinedo
      Craig Pinedo
Attorneys for Defendant-Intervenors
Arista Del Sol, O.P. and Sunridge-Anatolia, L.L.C.

Dated: _____

COX, CASTLE & NICHOLSON, L.L.P.

By   /s/ Andrew Sabey
      Andrew Sabey
Attorneys for Defendant-Intervenors
CP Sunridge, L.L.C., Danville Land Investments, L.L.C., Douglas Grantline 103 Investors, L.L.C. Grantline Investors, L.L.C., and Cresleigh Homes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: this 28TH day of JANUARY 2008.

_____
UNITED STATES DISTRICT JUDGE