UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL<br><br>Plaintiffs,<br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>U.S. FISH AND WILDLIFE SERVICE, and<br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 06-3604-MJJ<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR FILING LETTER BRIEFS REGARDING DISCOVERY DISPUTES** |

FOR GOOD CAUSE SHOWN, the parties' request to extend the time for filing letter briefs related to discovery in this matter is extended to January 25, 2008.

IT IS SO ORDERED

1/28/2008

_____
The Honorable Martin J. Jenkins

[PROPOSED ORDER] - No. 06-3604-MJJ

1