**CLARK MORRISON (STATE BAR NO. 130208)**
**ANDREW B. SABEY (STAE BAR NO. 160416)**
**SCOTT B. BIRKEY (STATE BAR NO. 209981)**
**CHRISTIAN H. CEBRIAN (STATE BAR NO. 245795)**
**COX, CASTLE & NICHOLSON, LLP**
555 California Street, 10th Floor
San Francisco, California 94104-1513
Telephone:   (415) 392-4200
Facsimile:   (415) 392-4250

**Attorneys for Defendant-Intevenors**

**CP SUNRIDGES, LLC; DANVILLE LAND INVESTMENTS, LLC; DOUGLAS GRANTLINE 103 INVESTORS, LLC; GRANTLINE INVESTORS, LLC; and CRESLEIGH HOMES**

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, et al., | CASE NO.   C06-03604 PJH |
| Plaintiffs, | **STIPULATION FOR SUBSTITUTION OF PARTY AND NOTICE OF APPEARANCE OF COUNSEL** ; ORDER |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |
| SUNRIDGE ANATOLIA, LLC, et al., | |
| Defendant-Intervenors. | |

The Parties hereby enter into this joint stipulation authorizing this court to issue an order substituting Montelena Douglas, LLC as a party Defendant-Intervenor in this action in the place of Defendant-Intervenor, CP Sunridge, LLC.  Upon court approval, Gregory D. Thatch and Larry C. Larsen of the Law Offices of Gregory D. Thatch will enter a Notice of Appearance as Counsel for Montelena Douglas, LLC.

**STIPULATION FOR SUBSTITUTION OF PARTY AND NOTICE OF APPEARANCE OF COUNSEL**- Case No. 06-03604 PJH

LAW OFFICES OF
GREGORY D. THATCH
1730 I Street, Suite 220
Sacramento, CA 95814

1

05/27/08
lcl/pld/montelena/substitution.wpd

1  This joint stipulation is supported by the fact that, on February 5, 2008, Montelena Douglas, LLC closed escrow on the Montelena Property, which is one of the properties at issue in this proceeding, and purchased the Montelena Property from Defendant-Intervenor, CP Sunridge, LLC. In addition, Army Corp. Permit #200100448, which applies to this Property, was duly transferred to Montelena Douglas, LLC, effective February 18, 2008.  Montelena Douglas, LLC is the current owner of the Montelena Property and Permittee pursuant to Army Corp 404 Permit #200100448.

Consistent with Rule 25(c) of the Federal Rules of Civil Procedure, it is appropriate for this Court to substitute Montelena Douglas, LLC, as the transferee of interest in the Montelena Property, in the place and stead of CP Sunridge, LLC, the transferor of such interest.

Respectfully submitted,

Dated: June 11, 2008                         COX, CASTLE & NICHOLSON, L.L.P.


By   */s/ Andrew Sabey*
         Andrew Sabey
         Attorneys for Defendant-Intervenors
         CP Sunridge, L.L.C., Danville Land Investments, L.L.C., Douglas Grantline 103 Investors, L.L.C., Grantline Investors, L.L.C. and Cresleigh Homes

Dated: June 11, 2008                         STANFORD LAW SCHOOL
                                             ENVIRONMENTAL LAW CLINIC


By   */s/ Leah Russin*
         Leah Russin
         Attorneys for Plaintiffs

Dated: June 11, 2008                         UNITED STATES DEPARTMENT OF JUSTICE
                                             ENVIRONMENTAL AND NATURAL
                                             RESOURCE DIVISION


By   */s/ Carol L. Draper*
         Carol L. Draper
         Attorneys for Federal Defendants

**STIPULATION FOR SUBSTITUTION OF PARTY AND NOTICE OF APPEARANCE OF COUNSEL**- Case No. 06-03604 PJH

LAW OFFICES OF
GREGORY D. THATCH
1730 I Street, Suite 220
Sacramento, CA 95814

2                                             05/27/08
lcl/pld/montelena/substitution.wpd

1  Dated: June 11, 2008                    SHEPPARD, MULLIN, RICHTER
2                                          & HAMPTON LLP
3
4                                          By   */s/ Craig Pinedo*
5                                                Craig Pinedo
                                                 Attorneys for Defendant-Intervenors
                                                 Arista Del Sol, O.P., Sunridge-Anatolia, LLC,
6                                                Lennar Communities, Inc. and Sunridge Park,
                                                 L.L.C.
7

8  Dated: June 11, 2008                    LAW OFFICES OF GREGORY D. THATCH
9
10                                         By   */s/ Larry C. Larsen*
                                                 Larry C. Larsen
11                                               Attorneys for Proposed Substitute Defendant-
                                                 Intervenor, Montelena Douglas, LLC
12

13         Pursuant to ECF General Order 45X, I attest that Leah Russin, Carol Draper, Craig

14  Pinedo and Larry Larsen  have concurred in and authorized the filing of this Stipulation with this

15  Court.

16  Dated: June 11, 2008                    */s/ Andrew Sabey*
                                             Andrew Sabey
17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  Dated: 6/16/08

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

28  **STIPULATION FOR SUBSTITUTION OF PARTY AND NOTICE OF APPEARANCE OF COUNSEL**- Case No. 06-03604 PJH

LAW OFFICES OF
GREGORY D. THATCH
1730 I Street, Suite 220
Sacramento, CA 95814

3                                                                          05/27/08
                                                           lcl/pld/montelena/substitution.wpd