SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
CRAIG A. PINEDO, Cal. Bar No. 191337
AARON J. FOXWORTHY, Cal. Bar No. 221503
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
ruram@sheppardmullin.com

Attorneys for Proposed Defendant-Intervenors
SUNRIDGE PARK, LLC and LENNAR COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants,<br><br>SUNRIDGE-ANATOLIA LLC, ET AL.<br><br>Defendant-Intervenors. | Case No.    06-3604 MJJ<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER PERMITTING INTERVENTION OF SUNRIDGE PARK, LLC AND LENNAR COMMUNITIES, INC. AS DEFENDANTS**<br><br>Before the Hon. Martin. J. Jenkins |

**STIPULATION**

1. The California Native Plant Society, Defenders of Wildlife, and Butte Environmental Council (collectively, "Plaintiffs") brought an action against the United States Environmental Protection Agency, the United States Fish and Wildlife Service ("Service"), and the United States Army Corps of Engineers ("Corps") (collectively, "Federal Defendants") in Case Number 06-3604 MJJ, challenging the June 2004 "Conceptual-Level Strategy for Avoiding, Minimizing, & Preserving Aquatic Resource Habitat in the Sunrise-Douglas Community Plan Area" ("Conceptual Strategy") and certain federal approvals for the "North Douglas," "Montelena/Sunridge Ranch," "Sunridge Park/Riverwest," "Douglas Road 98," "Anatolia IV," "Sunridge Village J," "Grantline 208," "Douglas Road 103," and "Arista del Sol" projects under the National Environmental Policy Act ("NEPA"), the Endangered Species Act ("ESA"), and the Clean Water Act ("CWA").

2. Sunridge Park, LLC ("Sunridge Park") is a developer with a residential development project in the Sunrise-Douglas Community Plan Area referred to as "Sunridge Park." Lennar Communities, Inc. ("Lennar") is a developer with a residential development project in the Sunrise-Douglas Community Plan Area referred to as "North Douglas." Sunridge Park and Lennar shall hereinafter be referred to as the "Proposed Defendant-Intervenors."

3. Plaintiffs' Third Amended Complaint challenges the Biological Opinion and Incidental Take Statements issued by the Service, and the CWA section 404 fill permits issued by the Corps, for the "Sunridge Park" and "North Douglas" projects. The Third Amended Complaint's prayer for relief requests that, among other things, the Court set aside and vacate the Biological Opinions and permits for the Sunridge Park and North Douglas projects, and any other relief the Court deems just and proper.

4. The Proposed Defendant-Intervenors satisfy the four-part test under Rule 24(a) of the Federal Rules of Civil Procedure because: (1) intervention is timely as the summary judgment hearing in this matter is still more than five months away and none of the parties will be prejudiced by their intervention at this point in the litigation, (2) the Proposed Defendant-Intervenors have a significant protectable interest in that their federal permits and approvals are

the subject of this litigation, (3) the result of this lawsuit may impair Proposed Defendant-Intervenors' interests, and (4) existing parties do not adequately represent their interest as they cannot offer information specific to the North Douglas and Sunridge Park projects or focus on specific issues that may pertain only to one or both of those projects.

5. Proposed Defendant-Intervenors will follow the existing case schedule as set forth in the controlling Scheduling Order. In doing so, the Proposed Defendant-Intervenors will, to the extent practicable, join the other Defendant-Intervenors in filing briefs and motions in this case.

6. Plaintiffs stipulate to the Proposed Defendant-Intervenors' intervention as defendants in this matter. In stipulating, Plaintiffs do not waive any arguments they may assert in addressing Proposed Defendant-Intervenors' motions, claims, arguments or defenses.

7. Counsel for the Proposed Defendant-Intervenors have contacted Federal Defendants' counsel regarding their desire to intervene in this action, and was informed by counsel that Federal Defendants will take no position on Proposed Defendant-Intervenors' intervention in this matter.

8. The Proposed Defendant-Intervenors shall file their answers in response to plaintiffs' Third Amended Complaint concurrently with the filing of this Stipulation and [Proposed] Order.

//
//
//
//
//
//
//
//
//
//
//

1   **NOW, THEREFORE**, pursuant to Federal Rule of Civil Procedure 24, Sunridge Park
2   and Lennar shall be permitted to intervene as defendants in this case.
3   **IT IS SO STIPULATED.**

Dated:  January 29, 2008                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        By:   /s/ Craig A. Pinedo
                                              CRAIG A. PINEDO

                                        Attorneys for Proposed Defendant-
                                        Intervenors SUNRIDGE PARK, LLC AND
                                        LENNAR COMMUNITIES, INC.

Dated:  January 29, 2008                LAW OFFICES OF NEIL LEVINE

                                        By:   /s/ Neil Levine
                                              NEIL LEVINE

                                        Attorneys for Plaintiffs
                                        CALIFORNIA NATIVE PLANT SOCIETY,
                                        DEFENDERS OF WILDLIFE, and BUTTE
                                        ENVIRONMENTAL COUNCIL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO **ORDERED**.

Sunridge Park and Lennar shall be, and by this order are, permitted to intervene in the above action pursuant to Federal Rules of Civil Procedure section 24, as defendants.

DATED: __JUNE 20_____, 2008



The Honorable _____
United States District Judge