# ORDER FOR SUPPLIES OR SERVICES

| | | PAGE 1 OF 21 |
|---|---|---|

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W91238-07-D-0016 | 2. DELIVERY ORDER/ CALL NO. 0003 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2009 May 13 | 4. REQ / PURCH. REQUEST NO. W82N6M00767416 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | W91238 | 7. ADMINISTERED BY (If other than 6) | CODE | 8. DELIVERY FOB |
|---|---|---|---|---|---|

6. ISSUED BY
USACE SACRAMENTO DISTRICT
ATTN: CONTRACTING DIVISION
1325 J STREET-ROOM 878
SACRAMENTO CA 95814-2922

7. ADMINISTERED BY (If other than 6)
SEE ITEM 6

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 4QP93 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|---|---|---|

9. CONTRACTOR
NAME AND ADDRESS
BROWN AND CALDWELL CDM JOINT VENTURE
KEN MYERS
10540 WHITE ROCK RD STE 180
RANCHO CORDOVA CA 95670-6012

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 15

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | W91238 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|---|

14. SHIP TO
SEE SCHEDULE

15. PAYMENT WILL BE MADE BY
USAED, FINANCE CENTER
ATTN: CEFC-FP
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| [ ] If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: (916) 557-7942
EMAIL: William.E.Nevius@usace.army.mil
BY: WILLIAM E NEVIUS
CONTRACTING / ORDERING OFFICER

| 25. TOTAL | $297,557.00 |
|---|---|
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

c. DATE (YYYYMMDD)

d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

f. TELEPHONE NUMBER

g. E-MAIL ADDRESS

| 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|
| [ ] PARTIAL [ ] FINAL | | |

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
a. DATE (YYYYMMDD)
b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

PREVIOUS EDITION IS OBSOLETE.

DD Form 1155, DEC 2001

Section B - Supplies or Services and Prices

| ITEM NO 0001 | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Dollars, U.S. | UNIT PRICE $297,557.00 | AMOUNT $297,557.00 |

Sunridge Properties EIS
FFP
The contractor shall furnish all labor, materials, equipment and supplies necessary to provide Planning Studies Services for Civil, Military and "Support for Others" work, in accordance with the attached revised Statement of Work dated 24 Apr 2009 and Contract Clauses. Reference Contractor's proposal dated 07 May 2009. FOB: Destination
PURCHASE REQUEST NUMBER: W62N6M90787416

NET AMT        $297,557.00

$297,557.00

ACRN AA
CIN: W62N6M907874160001

PAYMENT SCHEDULE
Payment Schedule-Sunridge Specific Plan Properties EIS.

| Deliverable/Task # | Task | Lump Sum |
|---|---|---|
| Deliverable 1/Task 1 | Public Meetings | |
| | Sub-task 1 – Meeting 1 | $20,298.00 |
| | Sub-task 2 – Meeting 2 | $17,065.00 |
| | Sub-task 3 – Meeting 3 | $8,769.00 |
| | Sub-task 4 – Meeting 4 | $15,609.00 |
| Deliverable 2/Task 2 | Milestone Schedule | $17,442.00 |
| Deliverable 3/Task 4 | Evaluation of Environmental Effects of Alternatives Preliminary Report | $21,496.00 |
| Deliverable 4/Task 5 | Preliminary Alternatives and Effects Report | $25,713.00 |
| Deliverable 5/Task 6 | Preliminary Mitigation Plans Report | $14,381.00 |
| Deliverable 6/Task 7 | Administrative Draft EIS | |

| Deliverable/Task # | Task | Lump Sum |
|---|---|---|
| | | $ 38,018.00 |
| Deliverable 7/Task 8 | Monthly Status Reports | $32,956.00 |
| Deliverable 8/Task 9 | Administrative Record | $ 8,536.00 |
| Deliverable 9/Task 10 | Responses to Comments on Administrative Draft EIS | $ 19,027.00 |
| Deliverable 10/Task 11 | Draft EIS for Public Review NOA Distribution | $ 15,693.00 |
| Deliverable 11/Task 12 | Responses to Public/Agency Comments on Draft EIS | $18,805.00 |
| Deliverable 12/Task 13 | Administrative Final EIS | $13,035.00 |
| Deliverable 13/Task 14 | Final EIS for NOA Distribution | $10,714.00 |
| | TOTAL | $ 297,557.00 |

Section C – Descriptions and Specifications

SCOPE OF WORK
CESPK-PD-R

10 April 2009
Revised: 24 April 2009

## SCOPE OF WORK

### I. PROJECT DATA

**Subject:**     Environmental Impact Statement for the Sunridge Specific Plan Properties (Anatolia IV [#1994002210], Sunridge Village J [#2001002230], Grantline 208 [#199400365], Douglas Road 98 [#2002005568], Arista del Sol [#200400458], and Douglas Road 103 [#199700006]), in Rancho Cordova, Sacramento County, California.

**Contractor:**     TBD
               Address:
               Contractor POC – TBD
               Phone:
               Fax:

**USACE**
**Project Manager:**     Mr. John Suazo (Environmental Technical Lead)

                         U.S. Army Corps of Engineers
                         1325 J Street CESPK-PD-RA
                         Sacramento, California  95814-2922
               Phone:    (916) 557-6719
               Fax:      (916) 557-7846
               E-mail:      john.suazo@usace.army.mil

**USACE**
**Regulatory Lead:**     Mr. Michael Jewell

                         U.S. Army Corps of Engineers
                         1325 J Street CESPK-RD
                         Sacramento, California 95814-2922
               Phone:    (916) 557-6605
               Fax:      (916) 557-6877
               E-mail:      Michael.S.Jewell@usace.army.mil

**USACE**
**Contract Specialist:**     Mr. Christopher Swendsen
                         U.S. Army Corps of Engineers
                         1325 J Street (CESPK-CT-B)

W91238-07-D-0016
0003
Page 5 of 20

Sacramento, CA 95814-2922
Phone:              (916) 557-6992
E-mail:             Christopher.A.Swendsen@usace.army.mil

Contract Number: TBD              Task Order Number: TBD

**General Statement of Work**: The Contractor shall perform work and services for the Sunridge Specific Plan Properties Environmental Impact Statement (EIS) as described within this SOW, consistent with appropriate Corps and National Environmental Policy Act (NEPA) guidance, standards, and policy. The contractor is to scope, plan and prepare a Draft EIS (DEIS) and Final EIS (FEIS) on potential impacts that would result from the alternatives for the proposed development projects in the Sunridge Specific Plan Properties area. The contractor must prepare the EIS using primarily existing baseline information. If additional, or updated, baseline information is required the contractor shall inform the Corps. The Corps will make provisions to obtain the information to be provided to the contractor. The contractor must be familiar with existing information and documents, including Environmental Assessments (EAs) and associated permits, biological assessments and biological opinions (BOs), and Environmental Impact Reports, and be able to work from these existing documents and expand into an EIS. The contractor must also be familiar with other projects in the area, and their associated environmental information. The contractor will attend at least monthly team meetings to provide progress reports to, and obtain guidance from, the Corps during scoping and the preparation of all phases of the EIS. The contractor must have experience with the Corps Regulatory Program, including EISs prepared for permit applications, be familiar with the project area and have extensive knowledge of vernal pools in the Sacramento Valley, particularly the vernal pool complexes and ephemeral drainages that form the headwaters of Morrison and Laguna Creeks.

## II.    PROJECT/BACKGROUND DESCRIPTION

The Sunridge Specific Plan Properties of the Sunrise-Douglas Community Plan area are located in eastern Sacramento County, California within the southeastern portion of the City of Rancho Cordova. The principal urban center nearest to the project area is the City of Sacramento. The project area is located primarily south and east of the intersection of Douglas Road and Sunrise Boulevard and encompasses a total of approximately 2,600 acres. The properties to be covered under this EIS are six of nine which make up the Sunridge Specific Plan. The remaining three properties (North Douglas, Montelena and Sunridge Park) will not be part of the primary evaluation covered by this document, however, they will be considered within the context of the cumulative effects analysis, along with the incremental impacts of other past, present, and reasonably foreseeable future actions. The Corps of Engineers, Sacramento District, issued permits under Section 404 of the Clean Water Act for all of the properties except one, authorizing the discharge of dredged or fill material into waters of the US. The permits were issued in reliance on EAs which are the subject of ongoing litigation. A stay in the litigation is in place while the Corps reevaluates the impacts of these projects through the development of an EIS, which is the subject of this SOW.

## III. DESCRIPTION OF WORK AND SERVICES

Successful completion of the contract work shall require analysis of all pertinent data and categorizing of impacts by the alternatives being evaluated. The Contractor shall perform the following specific tasks:

**Task 1:** The contractor will provide all public participation support during development of the EIS to include public scoping and DEIS/FEIS comment meetings, estimated to be 4 meetings (4 hours per meeting, including set-up and take-down). Contractor will provide logistical support and all necessary materials, such as drawings, photographs and posterboards. **(Deliverable 1)**

**Task 2:** The contractor, in coordination with Corps Technical and Regulatory Leads, shall develop a detailed milestone schedule that describes how the FEIS will be completed by September 2010. The schedule should provide a detailed breakdown of projected dates and timeframes to complete tasks and activities to meet this requirement. **(Deliverable 2)**

**Task 3:** The contractor shall become thoroughly familiar with the Government-furnished materials listed in Section IV. The contractor will review existing environmental documents related to the project area and use those documents where appropriate to prepare the EIS. The contractor shall ensure that the EIS is developed consistent with the formatting and other requirements of the following guidance: Council on Environmental Quality National Environmental Policy Act (NEPA) implementing regulations and Corps policies and guidance (40 CFR Parts 1500-1508; 33 CFR Part 230; and 33 CFR Part 325, App. B) The contractor will be responsible for preparation of elements of the EIS in a format consistent with the example EIS's, editorial guidelines, and other direction provided by the Corps, and for each alternative.

**Task 4:** The contractor shall use the existing baseline conditions presented in the Government furnished materials to provide a discussion of the Affected Environment (baseline conditions). The contractor will notify the Corps if any other information will be required to complete the Affected Environment discussion within 60 days of the contract award date. The contractor shall submit a table of contents to the Corps for review. A preliminary report that describes the Affected Environment shall be prepared. **(Deliverable 3)**

- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

**Task 5:** The contractor shall work with the Corps to develop the purpose and needs of the projects and define the reasonable range of alternatives under NEPA and practicable alternatives under the 404(b)(1) guidelines. The contractor should develop the range of alternatives based on

the following: the no-action alternative, the proposed alternative, and a minimum of 2 other alternatives. The contractor shall evaluate the environmental effects of the alternatives on appropriate resources. A preliminary report shall be prepared that includes Issues and Concerns; Significance Thresholds, Environmental Consequences (including assessment methods) and Potential Effects (direct and indirect) **(Deliverable 4)**

- The contractor shall anticipate evaluating several alternatives, including the no action alternative.
- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail
- The preliminary report shall be for information purposes and be in an informal format.

**Task 6:** The contractor shall develop preliminary mitigation plans for environmental effects in conjunction with all alternatives. A preliminary report shall be prepared that describes these plans for all effected resources for those sections prepared under Task 4. **(Deliverable 5)**

- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

**Task 7:** Prepare administrative DEIS. The contractor shall prepare, print, and submit copies of the DEIS **(Deliverable 6)** in accordance with Sections V and VI of this scope of work. Each DEIS section should include a discussion of the Affected Environment (baseline conditions), Issues and Concerns; Significance Thresholds, Environmental Consequences (including assessment methods), Potential Effects (direct and indirect), Mitigation Actions, Growth-Inducing Effects, Cumulative Effects, Public Involvement, and Compliance with Applicable Laws. All sections will identify the federal, state, and local statutes, ordinances, or policies that govern the conservation and protection of environmental resources and that must be considered during the decision-making process for alternatives that have the potential to affect these resources. The Compliance with Applicable Laws section will include discussion of all applicable laws such as the Federal and State Endangered Species Acts, National Environmental Policy Act (NEPA), the Migratory Bird Treaty Act, the Federal Clean Air Act, the Federal Clean Water Act Section 404, and any other applicable environmental laws.

The contractor will include a section in the EIS that describes how the document relates to other projects in the project area. This will include other projects in the Sunridge Specific Plan and the Suncreek Specific Plan areas which together make up the Sunrise-Douglas Community Plan Area.

The administrative Draft EIS will be consistent with the guidance described in Task 3; the purpose being to present and describe the probable environmental impacts of alternatives being considered in the DEIS.

- The contractor shall anticipate evaluating several alternatives, including the no action alternative.

- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

In completing this task, the contractor will use prior documents, reports and information prepared by the Corps, the project proponents, and/or other third parties. Most, if not all, of the area that would potentially be affected by the proposed alternatives (project area) has been previously investigated and documented by previous EAs, studies, biological assessments, etc. It is expected that the contractor shall only need to update the existing information to address the potential alternatives associated with this EIS. If additional or updated baseline information is required the contractor shall inform the Corps within 60 days of the contract award date. The Corps will make provisions to obtain the information to be provided to the contractor. Existing documentation includes, but is not limited to: Environmental Impact Reports, biological assessments and opinions, cultural resource reports, water quality information, Environmental Assessments and other permit application materials for Anatolia IV (#199400210), Sunridge Village I (#200100230), Grantline 208 (#199400365), Douglas Road 98 (#200200568), and Douglas Road 103 (#199700006).

Additionally this work effort includes reproduction of sufficient copies as specified in Section VI (electronic and hard copies) to conduct agency coordination.

The contractor will use all information made available by the Corps to prepare the EIS. At a minimum, the EIS will include the following components:

   a. **Cover Sheet** - This page includes the title and location of proposed action; name, address, and telephone number of the Corps; designation as a draft EIS; a one paragraph abstract describing the proposed action and the purpose of the draft EIS; and closing date for receipt of comments (date to left blank) (see example cover sheet in ER 1105-2-100 (Appendix F, see para. 8h). (An "outside cover" of hard stock should be provided with only essential data and an appropriate illustration pre-approved by the EIS coordinator.)

   b. **Executive Summary** - This section presents a summary of: Project description, major conclusions and findings, areas of controversy, unresolved issues, and relationship to environmental requirements. This section will include a spreadsheet with details of the effects of the alternatives on each resource and the significance of these impacts. A sample spreadsheet can be provided.

   c. **Table of contents**

   d. **Need for and Objectives of Action** - This section explains why the Corps became involved in the project citing: Project authority, public concerns, relationship to other projects, and planning objectives.

2009 00 12 17:56

2023532021 P 10/21

W91238-07-D-0016
0003
Page 9 of 20

e. **Alternatives** - This section provides an overview of possible solutions presented, as for example. Alternatives eliminated from further study, the no action alternative, alternatives considered in detail (including structural and non-structural alternatives, if appropriate) and comparative impacts of alternatives. This section will also identify and describe practicable alternatives under the 404(b)(1) guidelines. This information will be provided by the Corps to the contractor to be integrated into the EIS.

f. **Affected Environment** - This section contains a description of the characteristics of the project area's environmental setting and a description of each significant resource. Because the Sunridge Specific Plan project permits were originally issued in 2005 through 2007, this section may need to indicate what the affected environment was approximately 2 to 4 years ago, if substantial changes exist today.

g. **Environmental Effects** - This section describes the effects of each alternative on each significant resource in comparison to the "no action" alternative and the existing conditions. Considerable detail and discussion should be provided on the no action alternative, including a projection of future conditions over the project life. This section will include separate discussions on significant unavoidable adverse impacts; irreversible or irretrievable commitment of resources; relationships between local short-term uses of the environment and maintenance of long-term productivity; and cumulative impacts. This cumulative impact analysis shall contain an analysis of the project, existing operations, connected actions, and reasonably foreseeable future operations, regardless of what agency or person undertakes such operations. The analysis must include the effects of the proposed alternatives. Generalized data regarding the type and magnitude of impacts shall be identified. Effects associated with reasonably foreseeable future actions normally cannot be and need not be definitively or quantitatively assessed, unless such data is readily available. Recommended mitigation measures and monitoring should be discussed under each significant resource condition.

h. **List of Preparers** - This section displays names and qualifications of preparers including any consultants. The contractor shall insure that the preparers include persons highly qualified in environmental planning. The Corps will provide a list of contributors for use in the list of preparers. This section will also include a summary table of findings.

i. **Public Involvement, Review and Consultation** - This section should briefly describe public involvement activities concerning how the agency and public views guided the decision-making process. As specified in ER 1105-2-100 (Appendix F), this section should discuss the following four items: public involvement program, required coordination, statement recipients, and public views and responses.

j. **Other sections found appropriate**, i.e., growth-inducing impacts; effects found not significant, mitigation monitoring and reporting program; organizations and persons consulted;