literature cited and references; compliance with applicable laws, policies, and plans; and long-term bank protection plan and approach to address erosion problems that may arise in the future.

    k. **Index**

    l. **Figures**

    m. **Appendices** - Necessary supporting information will accompany the document as appendices, e.g. endangered species list, engineering and environmental related reports, Draft Fish and Wildlife Coordination Act Report, Comments and Responses.

**Task 8:** In addition to the above deliverables, the contractor shall meet with the Corps Regulatory Lead and the Project Manager on an average of twice a month to provide progress status reports and to discuss issues regarding development of project information. The meetings shall average two hours in length and shall be held at the Corps offices at 1325 J Street.
- The contractor will provide meeting minutes of these progress report meetings to document progress as well as issue resolution and direction from Corps Leads. These reports may be informal in nature and are for Corps information purposes only. E-mail copies are acceptable. **(Deliverable 7)**

**Task 9:** In the performance of the above tasks, the contractor shall prepare an electronic administrative record which archives all documentation, including correspondence, personal contacts, studies, surveys, etc., generated and/or referenced during preparation of the Sunridge Specific Plan Properties EIS (Item summaries will be provided electronically) **(Deliverable 8)**.

**Task 10:** The contractor shall provide responses to Corps comments on the administrative DEIS **(Deliverable 9)**. The contractor shall work closely with the Corps Environmental Technical and Regulatory Leads to determine the best resolution of internal comments.

**Task 11:** The contractor shall revise the administrative draft EIS according to Corps comments and produce a DEIS for backcheck **(Deliverable 10)**. The contractor shall print and submit copies of the DEIS. Government will review these documents and verify that previous Government comments have been successfully incorporated. The contractor must be available to participate in on-board Corps review process to respond to Corps comments. The contractor shall provide a final DEIS for public distribution. Number of copies is included in Section VI Deliverables.

**Task 12:** The contractor shall provide responses to public and agency comments on the DEIS (**Deliverable 11**). It is recommended that the contractor work closely with the Corps Environmental Technical Lead and Corps staff to determine the best resolution of public comments.

**Task 13:** The contractor shall revise the DEIS according to public comments and produce an administrative Final EIS (**Deliverable 12**). The contractor shall print and submit copies of the administrative FEIS. The number of copies is identified in Section VI Deliverables. Government will review these documents and verify that previous public comments have been successfully incorporated. The contractor must be available to participate in on-board Corps review process to respond to Corps comments. The contractor shall incorporate all public/agency comments and responses into a separate appendix that will be added to the FEIS.

**Task 14:** The contractor shall provide a final EIS for public distribution (**Deliverable 13**). Number of copies is included in Section VI Deliverables.

**IV. GOVERNMENT FURNISHED MATERIALS:** The following Government furnished materials will be provided to the contractor. The contractor shall be familiar with the following items:

    a. Environmental Assessments and Permits (and supporting documentation) associated with the six properties to be evaluated by the Sunridge Properties Project EIS: Anatolia IV (#199400210), Sunridge Village J (#200100230), Grantline 208 (#199400365), Douglas Road 98 (#200200568), and Douglas Road 103 (#199700006).

    b. Environmental Assessments (and supporting documentation) associated with the three properties not directly evaluated by the Sunridge Properties Project EIS but are to be considered within the context of the cumulative effects analysis: North Douglas, Montelena and Sunridge Park.

    c. Any appropriate existing environmental documentation and formats from previous studies for the study area.

The complete administrative records related to the subject matter listed above will be made available by Sacramento District Regulatory Division for review by the contractor. Once the contractor has determined what information will be necessary to complete the evaluation required by this SOW, the contractor will notify the Regulatory Division point of contact in order to obtain copies of the appropriate information. All information provided by the Corps will remain the property of the Regulatory Division, Sacramento District, and must be returned to the Corps upon completion of the project.

## V. SPECIAL CONSIDERATIONS:

1. All original materials, visual aids, software developed or purchased (including hardware) for this endeavor, and text developed in the performance of the tasks herein will be the property of the U.S. Government, and will not be used, distributed, or published by the contractor or any of their employees, direct or indirect, without written permission from the Corps Contracting Officer.

2. The contractor or persons employed by or in any way responsible to the contractor in respect to accomplishment of this SOW shall make themselves available to respond to technical issues pertaining to contractor-supplied portions of the environmental documentation and in response to Freedom of Information Act (FOIA) Requests. Technical issues are perceived to be any operational or structural difficulty encountered in explaining results and the methodology.

3. The contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and local laws, codes, and regulations applicable to the performance of contractor investigations.

4. Reproduction of documents shall conform as follows:

    4a. SIZE: Final trim size of deliverables shall be 8.5 X 11 inches. Image size of standard text shall not exceed 7 X 10 inches.

    4b. FOLDOUTS: Whenever possible, avoid the use of oversized illustrations, charts, maps, or art work. Foldouts shall not exceed 11 X 17 inches with maximum image size of 9.75 X 15.5 inches.

    4c. PRINTING: The interim documents should be double-sided 1 1/2 spaces and line-numbered for ease in commenting. Subsequent version reports should be double-sided single-spaced. A CD including Technical Appendices will be included with each copy with printed copies available upon request. Each text page should have 1.5 inch mirror margin to allow for binding and a 1 inch margin on all other sides.

    4d. BINDING: All Draft copies of the EIS will be in three ring binders; all final copies shall be bound with plastic combs or be perfect bound.

    4e. ELECTRONIC MEDIA: All deliverables shall be delivered on CD or DVD. All electronic media shall be formatted to be compatible with Windows based personal computers. The word processing software used to generate text should be Microsoft Word, version 2003 SP2 or higher. With the exception of Notepad and Word, Microsoft software products shall not be used to generate html web pages. Spatial data and maps generated in support of a document shall be generated and delivered in ArcGIS 9.2 compatible format and meet the spatial data requirements according to current Corps policy. Graphics must be in a

format compatible for use with Windows based personal computers and html websites. Graphics should also be formatted to allow import into Microsoft Office software products. Public meeting displays will be produced with software compatible with Corps computer systems. Schedules will be produced and delivered in Microsoft Project 2003 format and in Adobe .pdf format. The FEIS will be pdf files. The FEIS .pdf files should be bookmarked to allow ease of navigation. A Microsoft Word version of the DEIS will also be provided to the Corps.

5. QUALITY - Report copies should be clean and of sufficient quality to be easily read on subsequent reproductions. All narrative portions shall be presented in clear, standard grammar with correct spellings and punctuation.

## VI. DELIVERABLES:

The following are considered deliverable items and the contractor shall be required to provide Corps with the number of copies and type as identified below.

| Document: | Copies/Electronic |
|---|---|
| Deliverable 1 – Public Meetings (Scoping/Public Comment – Ongoing [4]) | 5/1 |
| Deliverable 2 – Milestone Schedule | 5/1 |
| Deliverable 3 – Evaluation of Environmental Effects of Alternatives Prelim. Report | 5/1 |
| Deliverable 4 – Preliminary Alternatives and Effects Report | 5/1 |
| Deliverable 5 – Preliminary Mitigation Plans Report | 5/1 |
| Deliverable 6 – DEIS Administrative Draft Report | 5/1 |
| Deliverable 7 – Biweekly Status Report Meetings (Ongoing [32 to 34]) | 5/5 |
| Deliverable 8 – Administrative Record | 5/1 |
| Deliverable 9 – Responses to Corps Comments on Administrative DEIS | 5/1 |
| Deliverable 10 – DEIS for Public Review/NOA Distribution | 100/1 |
| Deliverable 11 – Responses to Public/Agency Comments on DEIS | 5/1 |
| Deliverable 12 – Administrative Final EIS | 5/1 |
| Deliverable 13 – Final EIS for NOA distribution | 100/1 |

NOTE: In addition to the above deliverables, the contractor shall provide meeting minutes by e-mail for the twice-monthly status report meetings, for Government review.