VII. **SCHEDULE\* OF WORK:** The following schedule is proposed and is current as of April 09.

| ACTION | ANTICIPATED DATE | DURATION (from date of Contract Award\*\* |
|---|---|---|
| Kick-Off Meeting | 15 May 09 | 15 Days |
| Deliverable 1 | | Ongoing, 500 Days |
| Deliverable 2 | 1 June 09 | 30 Days |
| Deliverable 3 | 1 August 09 | 90 Days |
| Deliverable 4 | 1 September 09 | 120 Days |
| Deliverable 5 | 1 October 09 | 150 Days |
| Deliverable 6 | 1 February 09 | 270 Days |
| Deliverable 7 | | Ongoing, 500 Days |
| Deliverable 8 | | Ongoing, 500 Days |
| Deliverable 9 | 1 March 10 | 300 Days |
| Deliverable 10 | 1 April 10 | 330 Days |
| Deliverable 11 | 15 May 10 | 375 Days |
| Deliverable 12 | 15 July 10 | 435 Days |
| Deliverable 13 | 1 September 10 | 480 Days |

\*This schedule is representative of the relative timeframe for completion of the NEPA process, yet may require adjustment. Certain assumptions based on the current understanding of the project were factored into the schedule; however unforeseen contingencies may result in expanded timeframes for certain tasks. The Corps will communicate schedule changes as they occur.

The Contractor shall complete this Task Order within 500 calendar days (Does not exclude weekends or holidays) from the date of award of this Task Order.

Series of meetings between contractor and the Corps will be required during the NEPA process. Example meetings may include the following subject areas: kick-off, scoping, on-board review, strategy sessions, coordination, alternatives refinement, comment resolution and technical meetings. Meeting attendees will be dependant upon subject area.

VIII. **INVOICES AND CONTRACT PAYMENTS:**

1. Invoices for payment shall be submitted upon completion of tasks as outlined in the negotiated Payment Schedule of this contract. Invoices shall be submitted to:

USAED, FINANCE CENTER
ATTN: CEFC-FP
5722 Integrity Drive
Millington, TN 38054-5005

In addition, all invoices (* - to include all supporting backup cost information) shall be submitted electronically to the following:

John Suazo (*) - john.suazo@usace.army.mil
Michael Jewell (*) - michael.s.jewell@usace.army.mil
Lynne Erickson - lynne.m.erickson@usace.army.mil

2. CONTRACT PAYMENTS. The Government shall pay the Contractor upon submission of proper invoices for services delivered and accepted for the portion of the work actually performed under the contract. Payment shall be made as indicated in the contract's Payment Schedule, not on percentage of completion. Deliverables as defined in the Payment Schedule of the contract must be accepted by the Government before payment will be made.

**Authorities/Technical Direction**: The Contractor shall take no direction from any Government employee or any other person other than the Government Contracting Officer that changes the terms and conditions of this contract action, the scope, or any change that impacts the cost, price or schedule. Changes authorized by the Contracting Officer will be in the form of a written, official, signed modification to the contract action received by the Contractor before the Contractor will act upon those changes. The Contractor will comply with the Changes clause of this contract when the contractor believes direction has been given from persons other than the Government Contracting Officer that equate to a change by notifying the Contractor Officer as directed by the clause. Any direction given by any Government employee or any other person outside their authority must be reported to the Contracting Officer. Contracting Officer Representatives (CORs) are limited to the authorities stated in the COR appointment letters. If a COR is appointed under this contract, they will be appointed by written letter from the Contracting Officer to the Contractor and COR specific to this contract only. COR appointment letters from previous contracts at this installation are not valid for this contract.

CMR APPENDICES

# CMR APPENDIX
## Army Contractor Manpower Reporting (CMR) Requirement (27 April 2007)

1. The Contractor Manpower Reporting Application (CMRA) Version 3.0 is a business process for collecting information on contracts that provide services to the Department of the Army. The Army operates and maintains a secure data collection site where contractors must report all contractor manpower (including subcontractor manpower) required for performance of contracts subject to the CMR requirement.

2. Unless this is a Blanket Purchase Agreement (BPA) or Indefinite Delivery type contract (IDC), all services procured under this contract are subject to the CMR requirement. However, if this is a BPA or IDC, then the Government will identify the individual orders that are subject to the CMR requirement by including this Appendix in the individual order.

3. Reporting is accomplished by direct data entry into a secure Army website found at https://cmra.army.mil. Contractors must register in this system. You are referred to the Contractor and Subcontractors Users Guides and the FAQ's available at this website for detailed information and instructions pertaining to registration for and data entry into the CMRA system.

4. **The CMRA Help Desk can be contacted for assistance by telephone (703-377-6199) or email (contractormanpower@hqda.army.mil). Please note that other Government personnel (Contracting, Program/Project Management, etc.) will <u>not</u> be able to answer questions related to the CMRA system. ALL questions pertaining to system registration, data entry problems, and other information technology-related issues or concerns must be directed to the CMR Helpdesk.**

4. Annual reporting is required. The data for each Government fiscal year (October 1st through September 30th) must be entered no later than October 31st. If the contract action to which the CMR requirement applies overlaps two or more Government fiscal years, the contractor must prorate the labor hours and labor dollars accordingly.

5. The data that must be entered includes: Contract Number; Delivery Order Number (if applicable); Task Order Number (if applicable); Requiring Activity Unit Identification Code (UIC) [to be provided by the Government]; Command [to be provided by the Government]; Contractor Contact Information; Federal Service Code; Direct Labor Hours; Direct Labor Dollars; Location Information; Amount Invoiced for FY; and Prime/Subcontractor status.

6. There is a flow-down requirement to subcontractors providing applicable services. The prime contractor has overall responsibility for ensuring that their subcontractors timely enter their respective data.

7. Concurrent with or following the award of each contract or order subject to the reporting requirement, a "CMR Worksheet" will be provided to the Contractor by the Government (see attached sample).

8. A Contract Line Item Number (CLIN) will be included in the contract or order for each contract action to which the CMR requirement applies. The contractor may elect to price or not-separately price the CMR requirement.

9. The CMR requirement does not require a Contract Requirement List in the contract or order.