10. The CMR website is a secure site. Additionally, contractor labor hours and associated labor costs will be treated as proprietary information when linked to the contractor's name and the contract number.

11. The Contractor Manpower Reporting requirements are subject to change. The contractor will be responsible for complying with the reporting requirements specified on the CMRA website at the time the annual report is due, at no additional cost to the Government.

(SAMPLE) CMR WORKSHEET

1. The CMR requirement described in Section C/the Performance Work Statement (PWS)/the Scope of Work (SOW) applies to this contract or order.

2. For the purpose of data entry on the CMR website, the following information is supplied by the Government.

(a) Contract Number:

(b) Delivery order Number (if applicable):

(c) Task Order Number (if applicable):

(d) Unit Identification Code of the Activity Requiring the Services:

(e) Command:

3. The contractor or subcontractor will be responsible for entering the following contractor or subcontractor supplied data:

(a) Contract Number: (see above)

(b) Delivery Order Number: (see above)

(c) Task Order Number: (see above)

(d) Requiring Activity Unit Identification Code: (see above)

(e) Command: (see above)

(f) Contractor Contact Information

(g) Federal Service Code (FSC): The predominant Federal Service Code reflecting services provided by the contractor (and separate predominant FSC for each subcontractor if different)

(h) Direct Labor Hours: The estimated total number of labor hours performed at this location for this FSC code for the Government fiscal year being reported.

(i) Direct Labor Dollars: The estimated total dollar amount for direct labor performed at this location for this FSC code for the Government fiscal year being reported, based on unloaded amounts (i.e., without benefits, travel expenses, ODC's, etc.)

(j) Location (Country, State, Zip Code, and City/Installation Name): The location where the work is being performed.

(k) Total Invoiced Amount: The total dollar amount invoiced during the Government fiscal year being reported, at the delivery/task order level, if applicable.

(l) Prime Contractor?: Yes or No.

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | Government |

Section F - Deliveries or Performance

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | 27-SEP-2010 | 1 | N/A<br>FOB: Destination | |

Section G - Contract Administration Data

## ACCOUNTING AND APPROPRIATION DATA

AA: 96 X 8 0 9126 0000 L2 X 05 2451 008204 95042 2500 B740HE NA 30JB7L
AMOUNT: $297,557.00
CIN W62N6M907874160001: $297,557.00