# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 21

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W91238-07-D-0016 | 2. DELIVERY ORDER/ CALL NO. 0003 | 3. DATE OF ORDER/CALL (YYYYMMMDD) 2009 May 13 | 4. REQ./ PURCH. REQUEST NO. W62N6M90787416 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | CODE W91238 | 7. ADMINISTERED BY (if other than 6) CODE | 8. DELIVERY FOB |
|---|---|---|---|
| USACE SACRAMENTO DISTRICT ATTN: CONTRACTING DIVISION 1325 J STREET-ROOM 878 SACRAMENTO CA 95814-2922 | | SEE ITEM 6 | [X] DESTINATION [ ] OTHER (See Schedule if other) |

| 9. CONTRACTOR CODE 4QP93 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|---|
| NAME AND ADDRESS: BROWN AND CALDWELL CDM JOINT VENTURE / KEN MYERS / 10540 WHITE ROCK RD STE 180 / RANCHO CORDOVA CA 95670-6012 | | 12. DISCOUNT TERMS | [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED |
| | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK See Item 15 | |

| 14. SHIP TO CODE | 15. PAYMENT WILL BE MADE BY CODE W91238 | |
|---|---|---|
| SEE SCHEDULE | USAED, FINANCE CENTER ATTN: CEFC-FP 5722 INTEGRITY DRIVE MILLINGTON TN 38054-5005 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |

| 16. TYPE OF ORDER | DELIVERY/ CALL [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
| | PURCHASE | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: (916) 557-7942
EMAIL: William.E.Nevius@usace.army.mil
BY: WILLIAM E NEVIUS
CONTRACTING / ORDERING OFFICER

25. TOTAL $297,557.00
26. DIFFERENCES

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE  c. DATE (YYYYMMMDD)  d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT | | 34. CHECK NUMBER |
| 36. I certify this account is correct and proper for payment. | | [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | | | 35. BILL OF LADING NO. |
| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |

DD Form 1155, DEC 2001          PREVIOUS EDITION IS OBSOLETE.

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Dollars, U.S. | $297,557.00 | $297,557.00 |
| | Sunridge Properties EIS FFP | | | | |

The contractor shall furnish all labor, materials, equipment and supplies necessary to provide Planning Studies Services for Civil, Military and "Support for Others" work, in accordance with the attached revised Statement of Work dated 24 Apr 2009 and Contract Clauses. Reference Contractor's proposal dated 07 May 2009.
FOB: Destination
PURCHASE REQUEST NUMBER: W62N6M90787416

| | | |
|---|---|---|
| | NET AMT | $297,557.00 |
| ACRN AA CIN: W62N6M907874160001 | | $297,557.00 |

PAYMENT SCHEDULE
**Payment Schedule-Sunridge Specific Plan Properties EIS,**

| Deliverable/Task # | Task | Lump Sum |
|---|---|---|
| Deliverable 1/Task 1 | Public Meetings | |
| | Sub-task 1 – Meeting 1 | $20,298.00 |
| | Sub-task 2 – Meeting 2 | $17,065.00 |
| | Sub-task 3 – Meeting 3 | $8,769.00 |
| | Sub-task 4 – Meeting 4 | $15,609.00 |
| Deliverable 2/Task 2 | Milestone Schedule | $ 17,442.00 |
| Deliverable 3/Task 4 | Evaluation of Environmental Effects of Alternatives Preliminary Report | $ 21,496.00 |
| Deliverable 4/Task 5 | Preliminary Alternatives and Effects Report | $ 25,713.00 |
| Deliverable 5/Task 6 | Preliminary Mitigation Plans Report | $ 14,381.00 |
| Deliverable 6/Task 7 | Administrative Draft EIS | |

| Deliverable/Task # | Task | Lump Sum |
|---|---|---|
|  |  | $ 38,018.00 |
| Deliverable 7/Task 8 | Monthly Status Reports | $32,956.00 |
| Deliverable 8/Task 9 | Administrative Record | $ 8,536.00 |
| Deliverable 9/Task 10 | Responses to Comments on Administrative Draft EIS | $ 19,027.00 |
| Deliverable 10/Task 11 | Draft EIS for Public Review – NOA Distribution | $ 15,693.00 |
| Deliverable 11/Task 12 | Responses to Public/Agency Comments on Draft EIS | $18,805.00 |
| Deliverable 12/Task 13 | Administrative Final EIS | $13,035.00 |
| Deliverable 13/Task 14 | Final EIS for NOA Distribution | $10,714.00 |
|  | **TOTAL** | **$ 297,557.00** |

Section C - Descriptions and Specifications

SCOPE OF WORK
CESPK-PD-R

10 April 2009
Revised: 24 April 2009

# SCOPE OF WORK

## I. PROJECT DATA

**Subject:** Environmental Impact Statement for the Sunridge Specific Plan Properties (Anatolia IV [#199400210], Sunridge Village J [#200100230], Grantline 208 [#199400365], Douglas Road 98 [#200200568], Arista del Sol [#200400458], and Douglas Road 103 [#199700006]), in Rancho Cordova, Sacramento County, California.

Contractor: TBD
Address:
Contractor POC: TBD
Phone:
Fax:

USACE
Project Manager: Mr. John Suazo (Environmental Technical Lead)

                      U.S. Army Corps of Engineers
                      1325 J Street CESPK-PD-RA
                      Sacramento, California 95814-2922
Phone: (916) 557-6719
Fax: (916) 557-7846
E-mail: john.suazo@usace.army.mil

USACE
Regulatory Lead: Mr. Michael Jewell

                      U.S. Army Corps of Engineers
                      1325 J Street CESPK-RD
                      Sacramento, California 95814-2922
Phone: (916) 557-6605
Fax: (916) 557-6877
E-mail: Michael.S.Jewell@usace.army.mil

USACE
Contract Specialist: Mr. Christopher Swendsen
                      U. S. Army Corps of Engineers
                      1325 J Street (CESPK-CT-B)

Sacramento, CA 95814-2922
Phone: (916) 557-6992
E-mail: Christopher.A.Swendsen@usace.army.mil

Contract Number: TBD     Task Order Number: TBD

**General Statement of Work:** The Contractor shall perform work and services for the Sunridge Specific Plan Properties Environmental Impact Statement (EIS) as described within this SOW, consistent with appropriate Corps and National Environmental Policy Act (NEPA) guidance, standards, and policy. The contractor is to scope, plan and prepare a Draft EIS (DEIS) and Final EIS (FEIS) on potential impacts that would result from the alternatives for the proposed development projects in the Sunridge Specific Plan Properties area. The contractor must prepare the EIS using primarily existing baseline information. If additional, or updated, baseline information is required the contractor shall inform the Corps. The Corps will make provisions to obtain the information to be provided to the contractor. The contractor must be familiar with existing information and documents, including Environmental Assessments (EAs) and associated permits, biological assessments and biological opinions (BOs), and Environmental Impact Reports, and be able to work from these existing documents and expand into an EIS. The contractor must also be familiar with other projects in the area, and their associated environmental information.. The contractor will attend at least monthly team meetings to provide progress reports to, and obtain guidance from, the Corps during scoping and the preparation of all phases of the EIS. The contractor must have experience with the Corps Regulatory Program, including EISs prepared for permit applications, be familiar with the project area and have extensive knowledge of vernal pools in the Sacramento Valley, particularly the vernal pool complexes and ephemeral drainages that form the headwaters of Morrison and Laguna Creeks.

## II.     PROJECT/BACKGROUND DESCRIPTION

The Sunridge Specific Plan Properties of the Sunrise-Douglas Community Plan area are located in eastern Sacramento County, California within the southeastern portion of the City of Rancho Cordova. The principal urban center nearest to the project area is the City of Sacramento. The project area is located primarily south and east of the intersection of Douglas Road and Sunrise Boulevard and encompasses a total of approximately 2,600 acres. The properties to be covered under this EIS are six of nine which make up the Sunridge Specific Plan. The remaining three properties (North Douglas, Montelena and Sunridge Park) will not be part of the primary evaluation covered by this document; however, they will be considered within the context of the cumulative effects analysis, along with the incremental impacts of other past, present, and reasonably foreseeable future actions. The Corps of Engineers, Sacramento District, issued permits under Section 404 of the Clean Water Act for all of the properties except one, authorizing the discharge of dredged or fill material into waters of the US. The permits were issued in reliance on EAs which are the subject of ongoing litigation. A stay in the litigation is in place while the Corps reevaluates the impacts of these projects through the development of an EIS, which is the subject of this SOW.

## III. DESCRIPTION OF WORK AND SERVICES

Successful completion of the contract work shall require analysis of all pertinent data and categorizing of impacts by the alternatives being evaluated. The Contractor shall perform the following specific tasks.

**Task 1:** The contractor will provide all public participation support during development of the EIS to include public scoping and DEIS/FEIS comment meetings, estimated to be 4 meetings (4 hours per meeting, including set-up and take-down). Contractor will provide logistical support and all necessary materials such as drawings, photographs and posterboards. **(Deliverable 1)**

**Task 2:** The contractor, in coordination with Corps Technical and Regulatory Leads, shall develop a detailed milestone schedule that describes how the FEIS will be completed by September 2010. The schedule should provide a detailed breakdown of projected dates and timeframes to complete tasks and activities to meet this requirement. **(Deliverable 2)**

**Task 3:** The contractor shall become thoroughly familiar with the Government-furnished materials listed in Section IV. The contractor will review existing environmental documents related to the project area and use those documents where appropriate to prepare the EIS. The contractor shall ensure that the EIS is developed consistent with the formatting and other requirements of the following guidance: Council on Environmental Quality National Environmental Policy Act (NEPA) implementing regulations and Corps policies and guidance (40 CFR Parts 1500-1508; 33 CFR Part 230; and 33 CFR Part 325, App. B) The contractor will be responsible for preparation of elements of the EIS in a format consistent with the example EIS's, editorial guidelines, and other direction provided by the Corps, and for each alternative.

**Task 4:** The contractor shall use the existing baseline conditions presented in the Government-furnished materials to provide a discussion of the Affected Environment (baseline conditions). The contractor will notify the Corps if any other information will be required to complete the Affected Environment discussion within 60 days of the contract award date. The contractor shall submit a table of contents to the Corps for review. A preliminary report that describes the Affected Environment shall be prepared. **(Deliverable 3)**
- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

**Task 5:** The contractor shall work with the Corps to develop the purpose and needs of the projects and define the reasonable range of alternatives under NEPA and practicable alternatives under the 404(b)(1) guidelines. The contractor should develop the range of alternatives based on

the following: the no-action alternative, the proposed alternative, and a minimum of 2 other alternatives. The contractor shall evaluate the environmental effects of the alternatives on appropriate resources. A preliminary report shall be prepared that includes Issues and Concerns; Significance Thresholds, Environmental Consequences (including assessment methods) and Potential Effects (direct and indirect) **(Deliverable 4)**
- The contractor shall anticipate evaluating several alternatives, including the no action alternative.
- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

**Task 6:** The contractor shall develop preliminary mitigation plans for environmental effects in conjunction with all alternatives. A preliminary report shall be prepared that describes these plans for all effected resources for those sections prepared under Task 4. **(Deliverable 5)**
- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

**Task 7:** Prepare administrative DEIS. The contractor shall prepare, print, and submit copies of the DEIS **(Deliverable 6)** in accordance with Sections V and VI of this scope of work. Each DEIS section should include a discussion of the Affected Environment (baseline conditions); Issues and Concerns; Significance Thresholds, Environmental Consequences (including assessment methods), Potential Effects (direct and indirect), Mitigation Actions, Growth Inducing Effects, Cumulative Effects, Public Involvement, and Compliance with Applicable Laws. All sections will identify the federal, state, and local statutes, ordinances, or policies that govern the conservation and protection of environmental resources and that must be considered during the decision-making process for alternatives that have the potential to affect these resources. The Compliance with Applicable Laws section will include discussion of all applicable laws such as the Federal and State Endangered Species Acts, National Environmental Policy Act (NEPA), the Migratory Bird Treaty Act, the Federal Clean Air Act, the Federal Clean Water Act Section 404, and any other applicable environmental laws.

The contractor will include a section in the EIS that describes how the document relates to other projects in the project area. This will include other projects in the Sunridge Specific Plan and the Suncreek Specific Plan areas which together make up the Sunrise-Douglas Community Plan Area.

The administrative Draft EIS will be consistent with the guidance described in Task 3; the purpose being to present and describe the probable environmental impacts of alternatives being considered in the DEIS.
- The contractor shall anticipate evaluating several alternatives, including the no action alternative.

- The contractor shall provide updates during accomplishment of this task to the Corps during the twice monthly status report meetings. Additional interim status updates may be provided informally by e-mail.
- The preliminary report shall be for information purposes and be in an informal format.

In completing this task, the contractor will use prior documents, reports and information prepared by the Corps, the project proponents, and/or other third parties. Most, if not all, of the area that would potentially be affected by the proposed alternatives (project area) has been previously investigated and documented by previous EAs, studies, biological assessments, etc. It is expected that the contractor shall only need to update the existing information to address the potential alternatives associated with this EIS. If additional, or updated, baseline information is required the contractor shall inform the Corps within 60 days of the contract award date. The Corps will make provisions to obtain the information to be provided to the contractor. Existing documentation includes, but is not limited to: Environmental Impact Reports, biological assessments and opinions, cultural resource reports, water quality information, Environmental Assessments and other permit application materials for Anatolia IV (#199400210), Sunridge Village J (#200100230), Grantline 208 (#199400365), Douglas Road 98 (#200200568), and Douglas Road 103 (#199700006).

Additionally this work effort includes reproduction of sufficient copies as specified in Section VI (electronic and hard copies) to conduct agency coordination.

The contractor will use all information made available by the Corps to prepare the EIS. At a minimum, the EIS will include the following components:

a. **Cover Sheet** - This page includes the title and location of proposed action; name, address, and telephone number of the Corps; designation as a draft EIS; a one paragraph abstract describing the proposed action and the purpose of the draft EIS; and closing date for receipt of comments (date to left blank) (see example cover sheet in ER 1105-2-100 (Appendix F, see para. 8h). (An "outside cover" of hard stock should be provided with only essential data and an appropriate illustration pre-approved by the EIS coordinator.)

b. **Executive Summary** - This section presents a summary of: Project description, major conclusions and findings, areas of controversy, unresolved issues, and relationship to environmental requirements. This section will include a spreadsheet with details of the effects of the alternatives on each resource and the significance of these impacts. A sample spreadsheet can be provided.

c. **Table of contents**.

d. **Need for and Objectives of Action** - This section explains why the Corps became involved in the project citing: Project authority, public concerns, relationship to other projects, and planning objectives.

 e. **Alternatives** - This section provides an overview of possible solutions presented, as for example: Alternatives eliminated from further study, the no action alternative, alternatives considered in detail (including structural and non-structural alternatives, if appropriate) and comparative impacts of alternatives. This section will also identify and describe practicable alternatives under the 404(b)(1) guidelines. This information will be provided by the Corps to the contractor to be integrated into the EIS.

 f. **Affected Environment** - This section contains a description of the characteristics of the project area's environmental setting and a description of each significant resource. Because the Sunridge Specific Plan project permits were originally issued in 2005 through 2007, this section may need to indicate what the affected environment was approximately 2 to 4 years ago, if substantial changes exist today.

 g. **Environmental Effects** - This section describes the effects of each alternative on each significant resource in comparison to the "no action" alternative and the existing conditions. Considerable detail and discussion should be provided on the no action alternative, including a projection of future conditions over the project life. This section will include separate discussions on significant unavoidable adverse impacts; irreversible or irretrievable commitment of resources; relationships between local short-term uses of the environment and maintenance of long-term productivity; and cumulative impacts. This cumulative impact analysis shall contain an analysis of the project, existing operations, connected actions, and reasonably foreseeable future operations, regardless of what agency or person undertakes such operations. The analysis must include the effects of the proposed alternatives. Generalized data regarding the type and magnitude of impacts shall be identified. Effects associated with reasonably foreseeable future actions normally cannot be and need not be definitively or quantitatively assessed, unless such data is readily available. Recommended mitigation measures and monitoring should be discussed under each significant resource condition.

 h. **List of Preparers** - This section displays names and qualifications of preparers including any consultants. The contractor shall insure that the preparers include persons highly qualified in environmental planning. The Corps will provide a list of contributors for use in the list of preparers. This section will also include a summary table of findings.

 i. **Public Involvement, Review and Consultation** - This section should briefly describe public involvement activities concerning how the agency and public views guided the decision-making process. As specified in ER 1105-2-100 (Appendix F), this section should discuss the following four items: public involvement program, required coordination, statement recipients, and public views and responses.

 j. **Other sections found appropriate**; i.e., growth-inducing impacts; effects found not significant; mitigation monitoring and reporting program; organizations and persons consulted;

literature cited and references; compliance with applicable laws, policies, and plans; and long-term bank protection plan and approach to address erosion problems that may arise in the future.

    k. **Index**

    l. **Figures**

    m. **Appendices** - Necessary supporting information will accompany the document as appendices, e.g. endangered species list, engineering and environmental related reports, Draft Fish and Wildlife Coordination Act Report, Comments and Responses.

**Task 8:** In addition to the above deliverables, the contractor shall meet with the Corps Regulatory Lead and the Project Manager on an average of twice a month to provide progress status reports and to discuss issues regarding development of project information. The meetings shall average two hours in length and shall be held at the Corps offices at 1325 J Street.
- The contractor will provide meeting minutes of these progress report meetings to document progress as well as issue resolution and direction from Corps Leads. These reports may be informal in nature and are for Corps information purposes only. E-mail copies are acceptable. **(Deliverable 7)**

**Task 9:** In the performance of the above tasks, the contractor shall prepare an electronic administrative record which archives all documentation, including correspondence, personal contacts, studies, surveys, etc., generated and/or referenced during preparation of the Sunridge Specific Plan Properties EIS (Item summaries will be provided electronically) **(Deliverable 8)**.

**Task 10:** The contractor shall provide responses to Corps comments on the administrative DEIS **(Deliverable 9)**. The contractor shall work closely with the Corps Environmental Technical and Regulatory Leads to determine the best resolution of internal comments.

**Task 11:** The contractor shall revise the administrative draft EIS according to Corps comments and produce a DEIS for backcheck **(Deliverable 10)**. The contractor shall print and submit copies of the DEIS. Government will review these documents and verify that previous Government comments have been successfully incorporated. The contractor must be available to participate in on-board Corps review process to respond to Corps comments. The contractor shall provide a final DEIS for public distribution. Number of copies is included in Section VI Deliverables.

**Task 12:** The contractor shall provide responses to public and agency comments on the DEIS (**Deliverable 11**). It is recommended that the contractor work closely with the Corps Environmental Technical Lead and Corps staff to determine the best resolution of public comments.

**Task 13:** The contractor shall revise the DEIS according to public comments and produce an administrative Final EIS (**Deliverable 12**). The contractor shall print and submit copies of the administrative FEIS. The number of copies is identified in Section VI Deliverables. Government will review these documents and verify that previous public comments have been successfully incorporated. The contractor must be available to participate in on-board Corps review process to respond to Corps comments. The contractor shall incorporate all public/agency comments and responses into a separate appendix that will be added to the FEIS.

**Task 14:** The contractor shall provide a final EIS for public distribution (**Deliverable 13**). Number of copies is included in Section VI Deliverables.


**IV. GOVERNMENT FURNISHED MATERIALS:** The following Government furnished materials will be provided to the contractor. The contractor shall be familiar with the following items:

    a. Environmental Assessments and Permits (and supporting documentation) associated with the six properties to be evaluated by the Sunridge Properties Project EIS: Anatolia IV (#199400210), Sunridge Village J (#200100230), Grantline 208 (#199400365), Douglas Road 98 (#200200568), and Douglas Road 103 (#199700006).

    b. Environmental Assessments (and supporting documentation) associated with the three properties not directly evaluated by the Sunridge Properties Project EIS but are to be considered within the context of the cumulative effects analysis: North Douglas, Montelena and Sunridge Park.

    c. Any appropriate existing environmental documentation and formats from previous studies for the study area.

The complete administrative records related to the subject matter listed above will be made available by Sacramento District Regulatory Division, for review by the contractor. Once the contractor has determined what information will be necessary to complete the evaluation required by this SOW, the contractor will notify the Regulatory Division point of contact in order to obtain copies of the appropriate information. All information provided by the Corps will remain the property of the Regulatory Division, Sacramento District, and must be returned to the Corps upon completion of the project.

## V. SPECIAL CONSIDERATIONS:

1. All original materials, visual aids, software developed or purchased (including hardware) for this endeavor, and text developed in the performance of the tasks herein will be the property of the U.S. Government, and will not be used, distributed, or published by the contractor or any of their employees, direct or indirect, without written permission from the Corps Contracting Officer.

2. The contractor or persons employed by or in any way responsible to the contractor in respect to accomplishment of this SOW shall make themselves available to respond to technical issues pertaining to contractor-supplied portions of the environmental documentation and in response to Freedom of Information Act (FOIA) Requests. Technical issues are perceived to be any operational or structural difficulty encountered in explaining results and the methodology.

3. The contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and local laws, codes, and regulations applicable to the performance of contractor investigations.

4. Reproduction of documents shall conform as follows:

4a. SIZE: Final trim size of deliverables shall be 8.5 X 11 inches. Image size of standard text shall not exceed 7 X 10 inches.

4b FOLDOUTS: Whenever possible, avoid the use of oversized illustrations, charts, maps, or art work. Foldouts shall not exceed 11 X 17 inches with maximum image size of 9.75 X 15.5 inches.

4c. PRINTING: The interim documents should be double-sided 1 1/2 spaces and line-numbered for ease in commenting. Subsequent version reports should be double-sided single-spaced. A CD including Technical Appendices will be included with each copy with printed copies available upon request. Each text page should have 1.5 inch mirror margin to allow for binding and a 1 inch margin on all other sides.

4d. BINDING: All Draft copies of the EIS will be in three ring binders; all final copies shall be bound with plastic combs or be perfect bound.

4e. ELECTRONIC MEDIA: All deliverables shall be delivered on CD or DVD. All electronic media shall be formatted to be compatible with Windows based personal computers. The word processing software used to generate text should be Microsoft Word, version 2003 SP2 or higher. With the exception of Notepad and Word, Microsoft software products shall not be used to generate html web pages. Spatial data and maps generated in support of a document shall be generated and delivered in ArcGIS 9.2 compatible format and meet the spatial data requirements according to current Corps policy. Graphics must be in a

format compatible for use with Windows based personal computers and html websites. Graphics should also be formatted to allow import into Microsoft Office software products. Public meeting displays will be produced with software compatible with Corps computer systems. Schedules will be produced and delivered in Microsoft Project 2003 format and in Adobe .pdf format. The FEIS will be pdf files. The FEIS .pdf files should be bookmarked to allow ease of navigation. A Microsoft Word version of the FEIS will also be provided to the Corps.

5. QUALITY: Report copies should be clean and of sufficient quality to be easily read on subsequent reproductions. All narrative portions shall be presented in clear, standard grammar with correct spellings and punctuation.

## VI. DELIVERABLES:

The following are considered deliverable items and the contractor shall be required to provide Corps with the number of copies and type as identified below.

| Document | Copies/Electronic |
|---|---|
| Deliverable 1 – Public Meetings (Scoping/Public Comment – Ongoing [4]) | |
| Deliverable 2 – Milestone Schedule | 5/1 |
| Deliverable 3 – Evaluation of Environmental Effects of Alternatives Prelim. Report | 5/1 |
| Deliverable 4 – Preliminary Alternatives and Effects Report | 5/1 |
| Deliverable 5 - Preliminary Mitigation Plans Report | 5/1 |
| Deliverable 6 – DEIS Administrative Draft Report | 5/1 |
| Deliverable 7 – Biweekly Status Report Meetings (Ongoing [32 to 34]) | |
| Deliverable 8 – Administrative Record | 5/5 |
| Deliverable 9 – Responses to Corps Comments on Administrative DEIS | 5/1 |
| Deliverable 10 – DEIS for Public Review/NOA Distribution | 100/1 |
| Deliverable 11 – Responses to Public/Agency Comments on DEIS | 5/1 |
| Deliverable 12 – Administrative Final EIS | 5/1 |
| Deliverable 13 – Final EIS for NOA distribution | 100/1 |

NOTE: In addition to the above deliverables, the contractor shall provide meeting minutes by e-mail for the twice-monthly status report meetings, for Government review.

**VII. SCHEDULE\* OF WORK:** The following schedule is proposed and is current as of April 09.

| ACTION | ANTICIPATED DATE | DURATION (from date of Contract Award** |
|---|---|---|
| Kick-Off Meeting | 15 May 09 | 15 Days |
| Deliverable 1 | | Ongoing; 500 Days |
| Deliverable 2 | 1 June 09 | 30 Days |
| Deliverable 3 | 1 August 09 | 90 Days |
| Deliverable 4 | 1 September 09 | 120 Days |
| Deliverable 5 | 1 October 09 | 150 Days |
| Deliverable 6 | 1 February 09 | 270 Days |
| Deliverable 7 | | Ongoing; 500 Days |
| Deliverable 8 | | Ongoing; 500 Days |
| Deliverable 9 | 1 March 10 | 300 Days |
| Deliverable 10 | 1 April 10 | 330 Days |
| Deliverable 11 | 15 May 10 | 375 Days |
| Deliverable 12 | 15 July 10 | 435 Days |
| Deliverable 13 | 1 September 10 | 480 Days |

\* This schedule is representative of the relative timeframe for completion of the NEPA process, yet may require adjustment. Certain assumptions based on the current understanding of the project were factored into the schedule, however unforeseen contingencies may result in expanded timeframes for certain tasks. The Corps will communicate schedule changes as they occur.

The Contractor shall complete this Task Order within 500 calendar days (Does not exclude weekends or holidays) from the date of award of this Task Order.

Series of meetings between contractor, and the Corps will be required during the NEPA process. Example meetings may include the following subject areas: kick-off, scoping, on-board review, strategy sessions, coordination, alternatives refinement, comment resolution and technical meetings. Meeting attendees will be dependant upon subject area.

**VIII. INVOICES AND CONTRACT PAYMENTS:**

1. Invoices for payment shall be submitted upon completion of tasks as outlined in the negotiated Payment Schedule of this contract. Invoices shall be submitted to:

USAED, FINANCE CENTER
ATTN: CEFC-FP
5722 Integrity Drive
Millington, TN 38054-5005

In addition, all invoices (* - to include all supporting backup cost information) shall be submitted electronically to the following:

John Suazo (*) : john.suazo@usace.army.mil
Michael Jewell (*): michael.s.jewell@usace.army.mil
Lynne Erickson: lynne.m.erickson@usace.army.mil


2. CONTRACT PAYMENTS. The Government shall pay the Contractor upon submission of proper invoices for services delivered and accepted for the portion of the work actually performed under the contract. Payment shall be made as indicated in the contract's Payment Schedule, not on percentage of completion. Deliverables as defined in the Payment Schedule of the contract must be accepted by the Government before payment will be made.

**Authorities/Technical Direction:** The Contractor shall take no direction from any Government employee or any other person other than the Government Contracting Officer that changes the terms and conditions of this contract action, the scope, or any change that impacts the cost, price or schedule. Changes authorized by the Contracting Officer will be in the form of a written, official, signed modification to the contract action received by the Contractor before the Contractor will act upon those changes. The Contractor will comply with the Changes clause of this contract when the contractor believes direction has been given from persons other than the Government Contracting Officer that equate to a change by notifying the Contractor Officer as directed by the clause. Any direction given by any Government employee or any other person outside their authority must be reported to the Contracting Officer. Contracting Officer Representatives (CORs) are limited to the authorities stated in the COR appointment letters. If a COR is appointed under this contract, they will be appointed by written letter from the Contracting Officer to the Contractor and COR specific to this contract only. COR appointment letters from previous contracts at this installation are not valid for this contract.

CMR APPENDICES

## CMR APPENDIX
### Army Contractor Manpower Reporting (CMR) Requirement (27 April 2007)

1. The Contractor Manpower Reporting Application (CMRA) Version 3.0 is a business process for collecting information on contracts that provide services to the Department of the Army. The Army operates and maintains a secure data collection site where contractors must report all contractor manpower (including subcontractor manpower) required for performance of contracts subject to the CMR requirement.

2. Unless this is a Blanket Purchase Agreement (BPA) or Indefinite Delivery type contract (IDC), all services procured under this contract are subject to the CMR requirement. However, if this is a BPA or IDC, then the Government will identify the individual orders that are subject to the CMR requirement by including this Appendix in the individual order.

3. Reporting is accomplished by direct data entry into a secure Army website found at https://cmra.army.mil . Contractors must register in this system. You are referred to the Contractor and Subcontractors Users Guides and the FAQ's available at this website for detailed information and instructions pertaining to registration for and data entry into the CMRA system.

4. **The CMRA Help Desk can be contacted for assistance by telephone (703-377-6199) or email (contractormanpower@hqda.army.mil). Please note that other Government personnel (Contracting, Program/Project Management, etc.) will not be able to answer questions related to the CMRA system. ALL questions pertaining to system registration, data entry problems, and other information technology-related issues or concerns must be directed to the CMR Helpdesk.**

4. Annual reporting is required. The data for each Government fiscal year (October 1st through September 30th) must be entered no later than October 31st. If the contract action to which the CMR requirement applies overlaps two or more Government fiscal years, the contractor must prorate the labor hours and labor dollars accordingly.

5. The data that must be entered includes: Contract Number; Delivery Order Number (if applicable); Task Order Number (if applicable); Requiring Activity Unit Identification Code (UIC) [to be provided by the Government]; Command [to be provided by the Government]; Contractor Contact Information; Federal Service Code; Direct Labor Hours; Direct Labor Dollars; Location Information; Amount Invoiced for FY; and Prime/Subcontractor status.

6. There is a flow-down requirement to subcontractors providing applicable services. The prime contractor has overall responsibility for ensuring that their subcontractors timely enter their respective data.

7. Concurrent with or following the award of each contract or order subject to the reporting requirement, a "CMR Worksheet" will be provided to the Contractor by the Government (see attached sample).

8. A Contract Line Item Number (CLIN) will be included in the contract or order for each contract action to which the CMR requirement applies. The contractor may elect to price or not-separately-price the CMR requirement.

9. The CMR requirement does not require a Contract Requirement List in the contract or order.

10. The CMR website is a secure site. Additionally, contractor labor hours and associated labor costs will be treated as proprietary information when linked to the contractor's name and the contract number.

11. The Contractor Manpower Reporting requirements are subject to change. The contractor will be responsible for complying with the reporting requirements specified on the CMRA website at the time the annual report is due, at no additional cost to the Government.

(SAMPLE) CMR WORKSHEET

1. The CMR requirement described in Section C/the Performance Work Statement (PWS)/the Scope of Work (SOW) applies to this contract or order.

2. For the purpose of data entry on the CMR website, the following information is supplied by the Government.

(a) Contract Number:

(b) Delivery order Number (if applicable):

(c) Task Order Number (if applicable):

(d) Unit Identification Code of the Activity Requiring the Services:

(e) Command:

3. The contractor or subcontractor will be responsible for entering the following contractor or subcontractor supplied data:

(a) Contract Number: (see above)

(b) Delivery Order Number: (see above)

(c) Task Order Number: (see above)

(d) Requiring Activity Unit Identification Code: (see above)

(e) Command: (see above)

(f) Contractor Contact Information

(g) Federal Service Code (FSC): The predominant Federal Service Code reflecting services provided by the contractor (and separate predominant FSC for each subcontractor if different)

(h) Direct Labor Hours: The estimated total number of labor hours performed at this location for this FSC code for the Government fiscal year being reported.

(i) Direct Labor Dollars: The estimated total dollar amount for direct labor performed at this location for this FSC code for the Government fiscal year being reported, based on unloaded amounts (i.e., without benefits, travel expenses, ODC's, etc.).

(j) Location (Country, State, Zip Code, and City/Installation Name): The location where the work is being performed.

(k) Total Invoiced Amount: The total dollar amount invoiced during the Government fiscal year being reported, at the delivery/task order level, if applicable.

(l) Prime Contractor?: Yes or No.

Section E - Inspection and Acceptance

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | N/A | N/A | N/A | Government |

Section F - Deliveries or Performance

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | 27-SEP-2010 | 1 | N/A<br>FOB: Destination | |

Section G - Contract Administration Data

## ACCOUNTING AND APPROPRIATION DATA

AA: 96 NA X 3126.0000 L2 X 08 2451 008204 96042 2500 B740HB NA 30JB71
AMOUNT: $297,557.00
CIN W62N6M907874160001: $297,557.00