1
2
3                         UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5
6  CALIFORNIA NATIVE PLANT SOCIETY,
   et al.,
7
             Plaintiffs,                         No. C 06-3604 PJH
8
         v.                                      **ORDER**
9
   UNITED STATES ENVIRONMENTAL
10 PROTECTION AGENCY, et al.,
11          Defendants.
   _____/
12

13        The court is in receipt of two documents filed by the federal defendants, a Status

14 Report filed on November 16, 2009, and Amended Exhibit A to the Status Report, filed on

15 November 24, 2009.

16        The chambers copies of both documents have been submitted in violation of Civil

17 Local Rule 3-4(c)(2).  Specifically, defendants' chambers copies are comprised of pages

18 containing double-sided text.  The local rule, however, explicitly requires that any submitted

19 text "appear on one side only."  Although Rule 3-4 expressly pertains to filed documents, a

20 chambers copy is supposed to be an exact duplicate of the filed original.

21        Given that this is defendants' first violation regarding chambers' copies, the court will

22 consider the content of defendants' filings notwithstanding the improper format.

23 Defendants are instructed to comply with all appropriate local rule requirements in the

24 future, however, or risk the striking of any improperly submitted material.

25        **IT IS SO ORDERED.**

26 Dated: December 1, 2009

27                                              _____
                                                PHYLLIS J. HAMILTON
28                                              United States District Judge