IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ERIK PETERSEN
Trial Attorney, D.C. Bar No. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel. (202) 305-0202 Fax: (202) 305-0275
erik.petersen@usdoj.gov
CAROL L. DRAPER
Trial Attorney, PA Bar No. 39388
Natural Resources Section, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465  Fax: (202) 305-0506
carol.draper@usdoj.gov
MEREDITH WEINBERG
Trial Attorney, VA Bar No. 47516
Environmental Defense Section, P.O. Box 23986
Washington, D.C. 20026-3986
Tel. 202-514-2593; Fax: 202-514-8865
meredith.weinberg@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 4: 06-3604 PJH (JCS) <br><br> **STATUS REPORT SUBMITTED BY FEDERAL DEFENDANTS** AND ORDER <br><br> Judge: Honorable Phyllis J. Hamilton |

Pursuant to the Order dated December 2, 2008, the Federal Defendants, United States Environmental Protection Agency (USEPA, United States Fish and Wildlife Service (FWS), and United States Army Corps of Engineers (Corps), submit this Report on the Corps' progress toward preparing an Environmental Impact Statement (EIS) for the Sunridge Properties Project

Federal Defendants' Status Report Submitted May 17, 2010
Case No. 4: 06-3604 (PJH)

(Sunridge Properties EIS) under the National Environmental Policy Act of 1969, 42 U.S.C. 4321 *et seq.*, and appropriate Corps guidance, standards and policy.

1. Under the "Order Granting Motion by Plaintiffs and Federal Defendants to Stay Proceedings," dated December 2, 2008 (Doc. No. 245), this action is stayed until November 17, 2010, pending the Corps' completion of the EIS, with the Corps reporting its progress to the Court on May 17, 2010 and other specified dates.

2. As Federal Defendants previously reported on November 16, 2009 (Doc. No. 251), the Corps has been working with its third party contractor, Brown and Caldwell (Brown), to prepare an EIS that will address the environmental impact of the projects known as Anatolia IV [Permit No. 199400210], Sunridge Village J [Permit No. 200100230], Grantline 208 [Permit No. 199400365], Douglas Road 98 [Permit No. 200200568], Arista del Sol [Permit No. 200400458], and Douglas Road 103 [Permit No. 199700006] located in Rancho Cordova, California.[1]/

3. Since Federal Defendants last reported to the Court in November, 2009, Brown completed several additional steps in the process of preparing the EIS, and Corps staff have continued working closely with Brown to provide information and commentary.

4. In January and February, 2010, Brown submitted sections of a Preliminary Draft EIS for the Corps' review and comment.

5. After addressing and incorporating comments provided by the Corps, on April 30, 2010, Brown submitted an Administrative Draft EIS for the Corps' review.

---

[1]/   As also previously reported, the EIS will cover the six properties listed above which, along with three additional properties, made up the Sunridge Specific Plan. The remaining three properties (North Douglas, Montelena and Sunridge Park) will not be part of the primary evaluation covered by the EIS, but will be considered in analyzing cumulative effects, along with the incremental impacts of other past, present, and reasonably foreseeable future actions. (See Federal Defendants' Status Report submitted November 16, 2009, Exhibit C.)

6. The Corps is presently completing its internal review of the Administrative Draft EIS.

7. In May, 2010, the Corps circulated the Administrative Draft EIS to USEPA and the FWS and also circulated Chapters 1 and 2 of the Administrative Draft EIS describing the various projects that comprise the Sunridge Specific Plan to the Intervenors.

8. Once the Corps has completed its internal review process and comments have been appropriately addressed, the Corps will release a Draft EIS for public review and comment.

9. Barring any unanticipated delays or unforeseen issues, the Corps anticipates releasing a Draft EIS for public review and comment no later than June 30, 2010.

WHEREFORE, Federal Defendants request that this case remain stayed pending the Corps' completion of the EIS consistent with the Order dated December 2, 2008.

Dated: May 17, 2010

    Respectfully submitted,

    IGNACIA S. MORENO
    Assistant Attorney General
    United States Department of Justice

      /s/ Carol L. Draper
    CAROL L. DRAPER, Trial Attorney
    Natural Resource Section
    ERIK PETERSEN, Trial Attorney
    Wildlife & Marine Resources Section
    MEREDITH WEINBERG, Trial Attorney
    Environmental Defense Section

    Attorneys for Federal Defendants

OF COUNSEL:
Lisa Clay
U.S. Army Corps of Engineers
1325 J Street
Room 1340
Sacramento, California 95814

Federal Defendants' Status Report Submitted May 17, 2010
Case No. 4: 06-3604 (PJH)                                - 3 -

1 | Thomas Hagler
2 | U.S. Environmental Protection Agency, Region 9
  | 75 Hawthorne St., Mail Code ORC-2
3 | San Francisco, CA  94105

4 | Veronica Rowan FWS
  | Office of the Regional Solicitor
5 | U.S. Department of the Interior
6 | 2800 Cottage Way
  | Room E-1712
7 | Sacramento, CA  95825-1890

6/1/10

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
*United States District Court, Northern District of California*

Federal Defendants' Status Report Submitted May 17, 2010
Case No. 4: 06-3604 (PJH)                              - 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record.

          /s/ Carol L. Draper
        CAROL L. DRAPER