IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
ERIK PETERSEN
Trial Attorney, D.C. Bar No. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel. (202) 305-0202 Fax: (202) 305-0275
erik.petersen@usdoj.gov
CAROL L. DRAPER
Trial Attorney, PA Bar No. 39388
Natural Resources Section, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465  Fax: (202) 305-0506
carol.draper@usdoj.gov
MEREDITH WEINBERG
Trial Attorney, VA Bar No. 47516
Environmental Defense Section, P.O. Box 23986
Washington, D.C. 20026-3986
Tel. 202-514-2593;  Fax:  202-514-8865
meredith.weinberg@usdoj.gov
ATTORNEYS FOR FEDERAL DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, et al., | Case No. 4: 06-CV-3604 PJH |
| Plaintiffs, | **STATUS REPORT SUBMITTED BY FEDERAL DEFENDANTS** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | Judge: Honorable Phyllis J. Hamilton |
| Defendants. | |

Pursuant to the Order dated December 2, 2008 (Dkt. # 245), the Federal Defendants, United States Environmental Protection Agency, United States Fish and Wildlife Service, and

Federal Defendants' Status Report Submitted November 15, 2010
Case No. 06-3604 (PJH)

United States Army Corps of Engineers (Corps or USACE), submit this Report on the status of the Corps' preparation of an Environmental Impact Statement (EIS) for the Sunridge Properties Project (Sunridge EIS) under the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. 4321 *et seq*:

1. This action has been stayed since December 2, 2008 pending the Corps' completion of the Sunridge EIS, with the Corps reporting its progress to the Court at six-month intervals. Order dated Dec. 2, 2008.

2. The stay ends on November 17, 2010, and the parties are scheduled to attend a status conference with the Court on November 18, 2010 at 2:30 p.m. PST.

3. The Corps has completed the Sunridge EIS on schedule. On October, 15, 2010, the Corps issued the Final Sunridge EIS for a thirty day public review and comment period that ends on November 15, 2010.

4. As previously reported (*See* Dkt. #251), the Sunridge EIS analyzes programmatically the potential environmental effects of implementing alternatives for six residential development projects collectively referred to as the "Sunridge Properties" which are located in Rancho Cordova, Sacramento County, California. The EIS was prepared as part of this ongoing litigation concerning Department of the Army permits issued by the USACE between 2005 and 2007 for five of the projects and a pending permit decision for the sixth. The permitted projects are: Anatolia IV (Permit No. 199400210), Sunridge Village J (Permit No. 200100230), Grantline 208 (Permit No. 199400365), Douglas Road 98 (Permit No. 200200568), and Douglas Road 103 (Permit No. 199700006). The Corps has not yet issued a permit decision for the sixth project, Arista del Sol (Permit No. 200400458).

5. As part of the analysis of the cumulative effects and incremental impacts of other past, present and reasonably foreseeable future actions, the Sunridge EIS also considered the three other projects challenged in this litigation, North Douglas, Montelana, and Sunridge Park, but did not address those projects as part of the primary evaluation.

6. Following the 30-day comment period that ends November 15, 2010, the Corps will reach a Record of Decision ("ROD") based on the findings and conclusions in the Sunridge EIS.

7. The Corps anticipates issuing a ROD based on the Sunridge EIS on or before January 15, 2010.

8. Federal Defendants propose staying this action for an additional 60 days until January 17, 2010 so that the parties have the benefit of the ROD in determining how they would like to proceed with this litigation.

9. Following issuance of the ROD, the Corps anticipates reviewing and supplementing, as appropriate, the Environmental Assessments (EAs) prepared in connection with the previously-issued permits challenged in this action (listed in paragraph 4 above).

10. The preliminary injunction issued by the Court on July 10, 2007 ("Findings of Fact and Conclusions of Law in Support of Order Granting Plaintiffs' Motion for Preliminary Injunction," Dkt. #128) remains in effect. The Court suspended and enjoined "the force and effect of the Section 404(b) permits for the North Douglas, Montelana, Douglas Road 98, Sunridge Park, Anatolia IV, Sunridge Village J, and Grantline 208 projects . . . pending resolution of this matter on the merits." *Id*. at 35:18-21. The Court further ordered that "any construction, groundbreaking, earthmoving, or other on-the-ground activity that may affect vernal pool habitat or endangered or threatened species, taken in reliance on the Section 404(b) permits for the North Douglas, Montelena, Douglas Road 98,

1  Sunridge Park, Anatolia IV, Sunridge Village J, and Grantline 208 projects is hereby enjoined

2  pending resolution of the merits of this case." *Id.* at 35:22-26.

3      11. Following the July 10, 2007 Order, the Court issued an Order dated August 2, 2007 (Dkt.

4  #140) adopting the parties' proposed stipulation with regard to the Corps' permitting activities for

5  the Douglas Road 103 and Arista del Sol projects and issued an Order dated August 24, 2007 (Dkt. #

6

7  147) amending the July 10, 2007 Order to exclude the Montelena, North Douglas, and Sunridge Park

8  projects from the preliminary injunction.

9      WHEREFORE, Federal Defendants respectfully request that the Court consider extending the

10 stay of this litigation until January 17, 2011 pending the Corps' issuance of the Record of Decision

11 based on the Sunridge Properties EIS.  The November 18, 2010 Status Conference is VACATED.

12 Dated: November 15, 2010

13                                                    Respectfully submitted,

14
                                                      IGNACIA S. MORENO
15                                                    Assistant Attorney General
        11/17/10                                      United States Department of Justice
16
                                                       /s/ Carol L. Draper
17                                                    CAROL L. DRAPER, Trial Attorney
                                                      Natural Resource Section
18       [SEAL: IT IS SO ORDERED                      ERIK PETERSEN, Trial Attorney
         Judge Phyllis J. Hamilton                    Wildlife & Marine Resources Section
19       United States District Court                 MEREDITH WEINBERG, Trial Attorney
         Northern District of California]             Environmental Defense Section
20
21                                                    Attorneys for Federal Defendants
22
23 OF COUNSEL:
   Lisa Clay
24 U.S. Army Corps of Engineers
   1325 J Street
25 Room 1340
   Sacramento, California  95814
26

27 Federal Defendants' Status Report Submitted November 15, 2010
28 Case No. 06-3604 (PJH)                      - 4 -

Thomas Hagler
U.S. Environmental Protection Agency, Region 9
75 Hawthorne St., Mail Code ORC-2
San Francisco, CA 94105

Veronica Rowan FWS
Office of the Regional Solicitor
U.S. Department of the Interior
2800 Cottage Way
Room E-1712
Sacramento, CA  95825-1890

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record.

    /s/ Carol L. Draper
    CAROL L. DRAPER