IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY; et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants <br> _____/ <br><br> SUNRIDGE-ANATOLIA, LLC et al., <br><br> Defendant-Intervenors. <br> _____/ | No. C06-3604 PJH (JSC) <br><br> **AMENDED SETTLEMENT CONFERENCE ORDER** |

    As discussed at the telephone conference on December 16, 2011, the Court will hold a settlement conference at 1 p.m. on Tuesday, January 17, 2012 in Courtroom F on the 15th floor of the San Francisco Federal Courthouse. Counsel for plaintiffs and Robert Uram, counsel for several interveners, shall attend in person, although Plaintiffs' counsel Neil Levine may attend by telephone. Carol Draper, counsel for the Federal Defendants, shall be available by telephone. Ms. Draper and Mr. Levine shall provide their telephone numbers to Ada Means, the Court's Deputy Clerk. On or before January 5, 2012, Plaintiffs shall provide Mr. Uram, with copies to all parties and the Court, with a detailed letter which sets forth

Plaintiffs' position with regard to settlement and responds to the questions raised at the December16 telephone conference. On or before January 12, 2012, Mr. Uram will respond by letter, copied to all parties and the Court, with his clients' position and proposals. The copies for the Court should be emailed to jscpo@cand.uscourts.gov and should not be e-filed.

The Court will hold a further settlement conference at 1 p.m. on January 20, 2012, in Courtroom F on the 15th floor of the San Francisco Federal Courthouse, with counsel for all parties. Ms. Draper and Mr. Levine should be prepared to attend in person if necessary depending on the outcome of the January 17 settlement conference. Mr. Larsen, counsel for Monttelea-Douglas, LLC, may attend by telephone. If a settlement of the entire action cannot be reached, the parties should be prepared to address possible compromises with respect to the various proposed motions as well as a case schedule and the date of a future settlement conference at which the parties are required to attend.

**IT IS SO ORDERED.**

Dated: December16, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE