SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:    ruram@sheppardmullin.com

Attorney for
COMERICA BANK
MS RIALTO NORTH DOUGLAS CA, LLC
DOUGLAS ROAD 105, LLC
ARI 208, LLC
ARISTA DEL SOL JCP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>        Defendants.<br><br>SUNRIDGE-ANATOLIA, LLC, et al.,<br><br>        Defendant-Intervenors. | Case No. C 06-03604 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF PARTIES** |

      The parties to this action, as indicated by the signatures of their counsel, stipulate and agree to the following.

**Recitals**

      1. Defendant-intervenor Douglas Grantline 103 Investors, LLC has transferred all interest

1  it has in the subject matter of this litigation to Comerica Bank.

2      2. Defendant-intervenor Lennar Communities, Inc. has transferred all interest it has in the

3  subject matter of this litigation to MS Rialto North Douglas CA, LLC.

4      3. Defendant-intervenor Danville Land Investments, LLC has transferred all interest it has

5  in the subject matter of this litigation to Douglas Road 105, LLC.

6      4. Defendant-intervenor Grantline Investors, LLC has transferred all interest it has in the

7  subject matter of this litigation to ARI 208, LLC.

8      5. Defendant-intervenor Arista Del Sol, LP has transferred all interest it has in the subject

9  matter of this litigation to Arista Del Sol JCP.

**Stipulation**

Pursuant to Federal Rule of Civil Procedure 25(c):

1. Comerica Bank should be substituted in place of defendant-intervenor Douglas Grantline 103 Investors, LLC.

2. MS Rialto North Douglas CA, LLC should be substituted in place of defendant-intervenor Lennar Communities, Inc.

3. Douglas Road 105, LLC should be substituted in place of defendant-intervenor Danville Land Investments, LLC.

4. ARI 208, LLC should be  substituted in place of defendant-intervenor Grantline Investors, LLC.

5. Arista Del Sol JCP is substituted in place of defendant-intervenor Arista Del Sol, LP.

Dated:  December 20, 2011

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    */s/ Robert J. Uram*
    Robert J. Uram

    Attorneys for Defendant-Intervenors
    Arista Del Sol, L.P., Sunridge-Anatolia LLC,
    Lennar Communities, Inc., and Sunridge Park, LLC

LAW OFFICE

*/s/ Neil Levine*
Neil Levine

Attorneys for Plaintiffs


COX, CASTLE & NICHOLSON LLP

*/s/ Andrew Sabey*
Andrew Sabey

Attorneys for Defendant Intervenor
Cresleigh Homes


UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Carol Draper*
Carol Draper

Attorneys for Federal Defendants


LAW OFFICES OF GREGORY THATCH

*/s/ Larry Larsen*
Larry Larsen

Attorneys for Defendant Intervenor
Montelea-Douglas, LLC


**E-filing Attestation**

Pursuant to ECF General Order 45(X), I attest that Neil Levine, Andrew Sabey, Carol Draper, and Larry Larsen have concurred in the filing of this document.

*/s/ Robert J. Uram*
ROBERT J. URAM

-4-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:___12/23/2011_____          _____

4                                    Hon. Phyllis J. Hamilton
                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                      */s/ Robert J. Uram*
                       ROBERT J. URAM