SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        ruram@sheppardmullin.com

Attorney for
COMERICA BANK
MS RIALTO NORTH DOUGLAS CA, LLC
DOUGLAS ROAD 105, LLC
ARI 208, LLC
ARISTA DEL SOL JCP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>   Defendants.<br><br>SUNRIDGE-ANATOLIA, LLC, et al.,<br><br>   Defendant-Intervenors. | Case No. C 06-03604 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF PARTIES** |

The parties to this action, as indicated by the signatures of their counsel, stipulate and agree to the following.

**Recitals**

1. Defendant-intervenor Douglas Grantline 103 Investors, LLC has transferred all interest

1 it has in the subject matter of this litigation to Comerica Bank.

2     2. Defendant-intervenor Lennar Communities, Inc. has transferred all interest it has in the

3 subject matter of this litigation to MS Rialto North Douglas CA, LLC.

4     3. Defendant-intervenor Danville Land Investments, LLC has transferred all interest it has

5 in the subject matter of this litigation to Douglas Road 105, LLC.

6     4. Defendant-intervenor Grantline Investors, LLC has transferred all interest it has in the

7 subject matter of this litigation to ARI 208, LLC.

8     5. Defendant-intervenor Arista Del Sol, LP has transferred all interest it has in the subject

9 matter of this litigation to Arista Del Sol JCP.

**Stipulation**

Pursuant to Federal Rule of Civil Procedure 25(c):

1. Comerica Bank should be substituted in place of defendant-intervenor Douglas Grantline 103 Investors, LLC.

2. MS Rialto North Douglas CA, LLC should be substituted in place of defendant-intervenor Lennar Communities, Inc.

3. Douglas Road 105, LLC should be substituted in place of defendant-intervenor Danville Land Investments, LLC.

4. ARI 208, LLC should be substituted in place of defendant-intervenor Grantline Investors, LLC.

5. Arista Del Sol JCP is substituted in place of defendant-intervenor Arista Del Sol, LP.

Dated:  December 20, 2011

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          */s/ Robert J. Uram*
          Robert J. Uram

          Attorneys for Defendant-Intervenors
          Arista Del Sol, L.P., Sunridge-Anatolia LLC,
          Lennar Communities, Inc., and Sunridge Park, LLC

| | |
|---|---|
| 1 | LAW OFFICE |
| 2 | */s/ Neil Levine* |
| 3 | Neil Levine |
| 4 | Attorneys for Plaintiffs |
| 5 | |
| 6 | COX, CASTLE & NICHOLSON LLP |
| 7 | */s/ Andrew Sabey*<br>Andrew Sabey |
| 8 | |
| 9 | Attorneys for Defendant Intervenor<br>Cresleigh Homes |
| 10 | |
| 11 | UNITED STATES DEPARTMENT OF JUSTICE |
| 12 | */s/ Carol Draper*<br>Carol Draper |
| 13 | |
| 14 | Attorneys for Federal Defendants |
| 15 | |
| 16 | LAW OFFICES OF GREGORY THATCH |
| 17 | */s/ Larry Larsen*<br>Larry Larsen |
| 18 | |
| 19 | Attorneys for Defendant Intervenor<br>Montelea-Douglas, LLC |

**E-filing Attestation**

Pursuant to ECF General Order 45(X), I attest that Neil Levine, Andrew Sabey, Carol Draper, and Larry Larsen have concurred in the filing of this document.

*/s/ Robert J. Uram*
ROBERT J. URAM

-4-

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: ___12/23/2011___         _____
4                                                  Hon. Phyllis J. Hamilton
                                                 United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

*/s/ Robert J. Uram*
ROBERT J. URAM