ARTHUR F. COON (Bar No. 124206)
ANTHONY M. LEONES (Bar No. 184499)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: 925 935 9400

Attorneys for Defendant-Intervenor
ARI 208, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | No. C 06-03604 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>Date Complaint Filed: November 15, 2006<br>Trial Date: None Set |
| SUNRIDGE-ANATOLIA, LLC, et al.,<br><br>Defendant-Intervenors. | |

TO ALL PARTIES OF RECORD AND THEIR COUNSEL HEREIN:

PLEASE TAKE NOTICE that Miller Starr Regalia hereby substitutes in as counsel of record for Defendant-Intervenor ARI 208, LLC, replacing the firm of Sheppard, Mullin, Richter & Hampton LLP. All communications concerning this action should be served as follows:

Arthur F. Coon
Anthony M. Leones
Miller Starr Regalia
1331 N. California Boulevard, Fifth Floor
P.O. Box 8177
Walnut Creek, CA 94596
Telephone: (925) 935-9400
Facsimile: (925) 933-4166
Email: arthur.coon@msrlegal.com
anthony.leones@msrlegal.com

We hereby consent to this substitution.

Dated: 29 October, 2012

ARI 208, LLC

By: R. Bertolina
Ronald Bertolina
Its: Legal Counsel -- Managing Member

We hereby consent to this substitution.

Dated: ____________, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ____________
ROBERT J. URAM

We hereby consent to this substitution.

Dated: 10/30, 2012

MILLER STARR REGALIA

By: Tony Leones
ANTHONY M. LEONES

Arthur F. Coon
Anthony M. Leones
Miller Starr Regalia
1331 N. California Boulevard, Fifth Floor
P.O. Box 8177
Walnut Creek, CA 94596
Telephone: (925) 935-9400
Facsimile: (925) 933-4166
Email: arthur.coon@msrlegal.com
anthony.leones@msrlegal.com

We hereby consent to this substitution.

Dated: ____________, 2012

ARI 208, LLC

By:________________________________

____________________________

Its:________________________

We hereby consent to this substitution.

Dated: 10/29, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:________________________________
ROBERT J. URAM

We hereby consent to this substitution.

Dated: ____________, 2012

MILLER STARR REGALIA

By:________________________________
ANTHONY M. LEONES

10/31/12

**PROOF OF SERVICE**

*California Native Plant Society, et al. v. United States Environmental Protection Agency, et al.*
U.S. District Court, Northern District of California, Case No. C 06-03604 PJH

I, Shari L. Santos, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1331 N. California Blvd., Fifth Floor, Post Office Box 8177, Walnut Creek, CA 94596. On October 30, 2012, I served the within documents:

NOTICE OF SUBSTITUTION OF COUNSEL

☐ **Via Fax:** by transmitting the document(s) listed above via facsimile to the fax number(s) set forth below by 5:00 p.m.(PST).

☐ **Via Mail:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

☒ **Via Electronic:** by uploading the document(s) listed above and e-filing said document(s) directly with the United States District Court, Northern District of California Court's website at https://ecf.cand.uscourts.gov before 5:00 p.m. (PST).

☐ **Via Overnight Mail:** by placing the document(s) listed above in a sealed envelope for overnight delivery via ***Federal Express***, or other overnight mail service, with fees fully prepaid, and deposited for same-day pick-up by an authorized representative.

☐ **Hand-Delivery Via Courier:** by causing the document(s) listed above to be hand-delivered to the following person(s) at the address(es) set forth below.

Deborah A. Sivas
Holly D. Gordon
Leah Jane Russin
Craig H. Segall
Stanford Environmental Law Clinic
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu
hgordon@law.stanford.edu
leah.russin@law.stanford.edu

Attorneys for Plaintiffs California Native Plant Society, Defenders of Wildlife; and Butte Environmental Council

Neil Levine
Law Offices
1400 Glenarm Place, Suite 300
Denver, CO 80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083
Email: nlevine@grandcanyontrust.org

Attorneys for Plaintiffs California Native Plant Society, Defenders of Wildlife; and Butte Environmental Council

Carol Draper
Samantha Klein Frank
United States Department of Justice
Environment and Natural Resource Division
601 D Street, NW
Room 3114
Washington, DC 20044-0663
Telephone: (202) 305-0465
Facsimile: (202) 305-0506
Email: carol.draper@usdoj.gov
samantha.frank@usdoj.gov

Attorneys for Defendants United States Army Corps of Engineers; United States Environmental Protection Agency; and United States Fish and Wildlife Service

Paul Cirino
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7411
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
Email: paul.cirino@usdoj.gov

Attorneys for Defendants United States Army Corps of Engineers; United States Environmental Protection Agency; and United States Fish and Wildlife Service

Samantha Klein Frank
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, DC 20044
Telephone: (202) 305-0474
Facsimile: (202) 514-8865
Email: paul.cirino@usdoj.gov

Attorneys for Defendants United States Army Corps of Engineers; United States Environmental Protection Agency; and United States Fish and Wildlife Service

Erik Edward Petersen
Jimmy Anthony Rodriguez
U.S. Department of Justice
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Email: erik.petersen@usdoj.gov
jimmy.rodriguez@usdoj.gov

Attorneys for Defendants United States Army Corps of Engineers; United States Environmental Protection Agency; and United States Fish and Wildlife Service

Gregory Dean Thatch
Larry Creston Larsen
Law Offices of Gregory D. Thatch
1730 I Street, Suite 220
Sacramento, CA 95811
Telephone: (916) 443-6956
Facsimile: (916) 443-4632
Email: gthatch@thatchlaw.com
llarsen@thatchlaw.com

Attorneys for Defendant-Intervenor Montelena Douglas, LLC

Scott Benjamin Birkey
Andrew B. Sabey
Cox Castle & Nicholson
555 Montgomery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 262-5162
Facsimile: (415) 392-4250
Email: sbirkey@coxcastle.com
asabey@coxcastle.com

Attorneys for Defendant-Intervenor Cresleigh Homes

Robert J. Uram
Craig A. Pinedo
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: RUram@sheppardmullin.com

Attorneys for Defendant-Intervenors Sunridge Park, LLC; Comerica Bank; Arista Del Sol JCP; Cresleigh Homes; MS Rialto North Douglas CA, LLC; and Sunridge-Anatolia, LLC

Matthew G. Jacobs
DLA Piper LLC (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4686
Telephone: (916) 930-3200
Facsimile: (916) 932-3201
Email: matt.jacobs@dlapiper.com

Attorneys for Defendant-Intervenor Sunridge-Anatolia, LLC

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2012, at Walnut Creek, California.

Shari L. Santos