Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
CAROL L. DRAPER
Trial Attorney, PA Bar No. 39388
Natural Resources Section, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465  Fax: (202) 305-0506
carol.draper@usdoj.gov
PAUL CIRINO
Trial Attorney, NY Bar No. 2777464
Environmental Defense Section, P.O. Box 7611
Washington, D.C. 20044-7611
Tel. (202) 514-1542  Fax:  (202) 514-8865
paul.cirino@usdoj.gov
ERIK PETERSEN
Trial Attorney, D.C. Bar No. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel. (202) 305-0202 Fax: (202) 305-0275
erik.petersen@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, and BUTTE ENVIRONMENTAL COUNCIL,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>            Defendants. | Case No. C 06-03604 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR FEDERAL DEFENDANTS' RESPONSE TO PLANITIFFS' MOTION FOR ATTORNEYS' FEES UNDER EQUAL ACCESS TO JUSTICE ACT**; AND ORDER<br><br>**Hearing Date and Time:  TBD** |
| SUNRIDGE-ANATOLIA, LLC, et al.,<br><br>            Defendant-Intervenors. | |

Pursuant to Local Rule 6-2, the parties stipulate to a 7 day extension of the briefing schedule for Federal Defendants' Response to Plaintiffs' Motion for Attorneys' Fees under the Equal Access to Justice Act (EAJA). Plaintiffs seek EAJA fees against the U.S. Army Corps of Engineers (USACE), Sacramento District Office (District) and the other Federal Defendants, U.S. Environmental Protection Agency and the U.S. Fish and Wildlife Service. Under the briefing schedule proposed by the parties and adopted by the Court, Federal Defendants' opposition brief to Plaintiffs' EAJA motion is currently due on August 23, 2013 and Plaintiffs' reply brief is due on September 20, 2013. Order, dated April 8, 2013 (ECF No. 321).

Federal Defendants proposed this requested extension because the USACE's sole declarant and the District representative principally involved in gathering and summarizing materials that support the USACE's opposition brief was unexpectedly called away from the office this week due to a family medical situation and anticipates being in the office only intermittently for the next week.

The parties respectfully request that the Court revise the briefing schedule to extend the deadline for Federal Defendants' opposition brief to August 30, 2013.

This is the parties' first extension request. The case is now closed and no hearing date has been set on Plaintiffs' EAJA motion so granting the extension will not interfere with any scheduled proceeding.

Respectfully submitted this 23rd day of August, 2013.

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Carol L. Draper
CAROL L. DRAPER
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-663
Tel: (202) 305-0465
Fax: (202) 305-0506
carol.draper@usdoj.gov

Stip. to Extend Dfdts.' Resp. Time to Pls.' Mot. for EAJA Fees
Case No. 06-3604 (PJH)                                           Aug. 23, 2013

                                                                                            s/ Paul Cirino  
PAUL CIRINO  
Trial Attorney, NY Bar No. 2777464  
Environmental Defense Section, P.O. Box 7611  
Washington, D.C. 20044-7611  
Tel. (202) 514-1542  Fax: (202) 514-8865  
paul.cirino@usdoj.gov  

Attorneys for Defendants  

s/ Deborah A. Sivas  
Deborah A. Sivas (Calif. Bar No. 135446)  
ENVIRONMENTAL LAW CLINIC  
Mills Legal Clinic at Stanford Law School  
Crown Quadrangle  
59 Nathan Abbott Way  
Stanford, California 94305  
Telephone: (650) 725-8571  
Facsimile: (650) 723-4426  

s/ Neil Levine  
Neil Levine (Calif. Bar No. 163557)  
LAW OFFICE  
4438 Tennyson St.  
Denver, Colorado 80212  
Telephone: (303) 455-0604  

Attorneys for Plaintiffs  

### AUTHORIZATION TO FILE

Pursuant to Local Rule 5-1(i)(3), I attest that the above-listed counsel have concurred in and authorized the filing of this Stipulation.

                                                                                          s/ Carol L. Draper  
Carol L. Draper



8/23/13

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of August, 2013 a copy of the foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

                                        <u>s/ Carol L. Draper</u>
                                        Carol L. Draper