UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 06-cv-03604-PJH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. 350 |

　　　　Before the court is the parties' Joint Motion to Continue the June 23 Case Management Report and June 30 Status Conference. Dkt. 350. The parties ask the court to continue the case management conference set for June 30, and the June 23 deadline for a joint case management statement, for at least 60 days. The parties request this delay so that the federal defendants may consider whether or not to petition the Supreme Court for a writ of <u>certiorari</u> in this matter, and to discuss the possibility of resolving this matter without further litigation.

　　　　Good cause appearing, the court hereby GRANTS the motion. The case management conference set for June 30 and June 23 deadline for a case management statement are hereby VACATED.

　　　　A Further Case Management Conference shall be held on September 8, 2016, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California. The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.

1  The parties shall file a joint case management statement no later than seven (7) days
2  before the date of the conference.  If any party is proceeding without counsel, separate
3  statements may be filed by each party.

5  **IT IS SO ORDERED.**

6  Dated: June 22, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge