UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATIVE PLANT SOCIETY, DEFENDERS OF WILDLIFE, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>     Defendants. | Case No. 06-cv-03604-PJH<br><br>**ORDER GRANTING MOTION TO VACATE CMC AND CLOSING CASE**<br><br>Re: Dkt. No. 356 |

Before the court is the parties' joint motion to vacate the case management conference (CMC) scheduled for October 27, 2016. Dkt. 356. In the motion, the parties indicate that their "dispute over attorney fees and costs, the only remaining issue in this case, has been fully and finally resolved." Id. As a result, the CMC can be vacated and "this case can be closed." Id. at 2.

Good cause appearing, the court GRANTS the motion and VACATES the CMC scheduled for October 27. As the parties indicate that all remaining disputes in this matter have been fully and finally resolved, the clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 13, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge